**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

DANA CAPITAL GROUP, INC.
c/o THE CORPORATION COMPANY,
Registered Agent
2000 INTERSTATE PARK DR., STE. 204
MONTGOMERY, AL 36109

1:06CV996 MHT

2. Article Number
(Transfer from service label)     7005 3110 0004 4158 9103

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]     ☐ Agent     ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery 11/7/06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
   ☒ Certified Mail     ☐ Express Mail
   ☐ Registered     ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)     ☐ Yes