**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _il Bidwin_   ☐ Agent   ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery

D Brwin

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

1. Article Addressed to:

RESIDENTIAL FINANCE AMERICA,
LLC a/k/a RFA, LLC
c/o NATIONAL REGISTERED
AGENTS, INC., Registered Agent
150 S. PERRY ST.
MONTGOMERY, AL 36104

1:06 CV 966-M HT

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☒ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)    7005 3110 0004 4158 9127

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540