## Receipt 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   FINANCE AMERICA, LLC
   c/o SILVA H. BABAIAN, Registered Agent
   10324 BALBOA BLVD.
   GRANADA HILLS, CA 91344

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature] ☑ Agent ☐ Addressee

B. Received by (Printed Name): DEBI CRACE
C. Date of Delivery: 11-16-06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

1:06CV996-MHT

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered      ☑ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7005 3110 0004 4158 9059

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

## Receipt 2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   BRIDGE CAPITAL CORPORATION
   c/o CT CORPORATION SYSTEM,
   Registered Agent
   818 W. 7TH ST.
   LOS ANGELES, CA 90017

   1:06 CV 996

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name) / C. Date of Delivery: 11/9/06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered      ☑ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7005 3110 0004 4158 9110

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540