# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **JOHN DAVID BRANNON and TERESA GAYLE BRANNON,** ) | |
| ) | |
| **Plaintiffs,** | |
| ) | |
| v. | Case No. 1:06 cv 996 |
| ) | |
| **FINANCE AMERICA, LLC et al.,** | |
| ) | |
| **Defendants.** | |

## ANSWER OF DEFENDANT DANA CAPITAL GROUP, INC.

Comes now Dana Capital Group, Inc. ("Dana"), and for its answer to the Complaint, states as follows:

1.　Dana is without sufficient information to admit or deny the allegations of this paragraph, and therefore denies same and demands strict proof thereof.

2.　Dana is without sufficient information to admit or deny the allegations of this paragraph, and therefore denies same and demands strict proof thereof.

3.　Dana is without sufficient information to admit or deny the allegations of this paragraph, and therefore denies same and demands strict proof thereof.

4.　Dana is without sufficient information to admit or deny the allegations of this paragraph, and therefore denies same and demands strict proof thereof.

5.　Dana is without sufficient information to admit or deny the allegations of this paragraph, and therefore denies same and demands strict proof thereof.

6.　Admitted.

7.　Dana is without sufficient information to admit or deny the allegations of this paragraph, and therefore denies same and demands strict proof thereof.

8. Dana is without sufficient information to admit or deny the allegations of this paragraph, and therefore denies same and demands strict proof thereof.

9. Dana is without sufficient information to admit or deny the allegations of this paragraph, and therefore denies same and demands strict proof thereof.

10. Admitted, although Dana denies any liability under the statutes cited as the basis of jurisdiction and on any other theory.

11. Dana admits that the court has supplemental jurisdiction over state law claims under 28 U.S.C 1367, but denies any liability under those claims.

12. Admitted.

13. – 38. Dana is without sufficient information to admit or deny the allegations of these paragraphs, and therefore denies same and demands strict proof thereof.

39. Dana adopts by reference all responses set forth above, as if set forth fully herein.

40. -- 51. To the extent the allegations in these paragraphs are directed to Dana, Dana denies the same and demands strict proof thereof.

Dana denies all allegations contained in the "Wherefore" paragraph following paragraph 51, and demands strict proof thereof.

52. Dana adopts by reference all responses set forth above, as if set forth fully herein.

53. To the extent the allegations in this paragraph are directed to Dana, Dana denies the same and demands strict proof thereof.

Dana denies all allegations contained in the "Wherefore" paragraph following paragraph 53, and demands strict proof thereof.

54. Dana adopts by reference all responses set forth above, as if set forth fully herein.

55. -- 60.     To the extent the allegations in these paragraphs are directed to Dana, Dana denies the same and demands strict proof thereof.

Dana denies all allegations contained in the "Wherefore" paragraph following paragraph 60, and demands strict proof thereof.

61.     Dana adopts by reference all responses set forth above, as if set forth fully herein.

62. -- 63.     To the extent the allegations in these paragraphs are directed to Dana, Dana denies the same and demands strict proof thereof.

Dana denies all allegations contained in the "Wherefore" paragraph following paragraph 63, and demands strict proof thereof.

64.     Dana adopts by reference all responses set forth above, as if set forth fully herein.

65.     To the extent the allegations in the subparagraphs of paragraph 65 are directed to Dana, Dana denies the same and demands strict proof thereof.

Dana denies all allegations contained in the "Wherefore" paragraph following paragraph 65, and demands strict proof thereof.

66.     Dana adopts by reference all responses set forth above, as if set forth fully herein.

67. - 71.     To the extent the allegations in these paragraphs are directed to Dana, Dana denies the same and demands strict proof thereof.

Dana denies all allegations contained in the "Wherefore" paragraph following paragraph 71, and demands strict proof thereof.

72.     Dana adopts by reference all responses set forth above, as if set forth fully herein.

73. – 76.     To the extent the allegations in these paragraphs are directed to Dana, Dana denies the same and demands strict proof thereof.

Dana denies all allegations contained in the "Wherefore" paragraph following paragraph 76, and demands strict proof thereof.

77. Dana adopts by reference all responses set forth above, as if set forth fully herein.

78. – 83. To the extent the allegations in these paragraphs are directed to Dana, Dana denies the same and demands strict proof thereof.

Dana denies all allegations contained in the "Wherefore" paragraph following paragraph 83, and demands strict proof thereof.

84. Dana adopts by reference all responses set forth above, as if set forth fully herein.

85 – 86. To the extent the allegations in these paragraphs are directed to Dana, Dana denies the same and demands strict proof thereof.

87. Dana adopts by reference all responses set forth above, as if set forth fully herein.

88. To the extent the allegations in these paragraphs are directed to Dana, Dana denies the same and demands strict proof thereof.

## **AFFIRMATIVE DEFENSES**

## **AFFIRMATIVE DEFENSES**

1. The Complaint fails to state a claim upon which relief can be granted.

2. The claims are barred by the applicable statutes of limitation.

3. Venue is improper.

4. Plaintiffs' claims are barred by contributory negligence, assumption of the risk, and the Plaintiffs' own wanton conduct.

5. Plaintiffs' claims are barred by the doctrines of ratification, waiver, estoppel, laches, and unclean hands.

6. Plaintiffs have failed to mitigate their damages.

7. The claims for punitive damages are subject to the limitations and caps imposed by Ala. Code 6-11-20 and 6-11-21 and 6-11-27.

8. The claims for punitive damages are subject to the limitations and would otherwise be barred by the United States Constitution and the Alabama Constitution.

9. Dana is entitled to equitable subrogation.

10. The claims are barred by the Statute of Frauds and/or the parol evidence rule.

11. The claims in the Complaint are subject to an agreement to arbitrate contained in a transaction involving interstate commerce, for which enforcement lies under the Federal Arbitration Act, 9 U.S.C. 2.

Dana reserves the right to assert additional defenses as discovery proceeds. To the extent any allegation is not responded to directly herein, it is denied.

/s/ Wilson F. Green
Wilson F. Green (ASB-8293-E61W; GRE067)
Attorney for Dana Capital Group, Inc.

**OF COUNSEL:**
Battle Fleenor Green Winn & Clemmer LLP
The Financial Center
505 North Twentieth Street
Suite 1150
Birmingham, Alabama 35203
(205) 397-8163
wgreen@bfgwc.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading is being served through the CM/ECF system on this the 8th day of December, 2006.

/s/ Wilson F. Green
Of Counsel