IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JOHN DAVID BRANNON and** ) | |
| **TERESA GAYLE BRANNON,** ) | |
|   ) | |
| **Plaintiffs,** ) | |
|   ) | |
| v.   ) | Case No: 1:06-cv-00996-MHT-WC |
|   ) | |
| **FINANCE AMERICA, LLC et al.,** ) | |
|   ) | |
| **Defendants.** ) | |

## MOTION TO DISMISS

COMES NOW the Defendant, Bridge Capital Corporation ("Bridge"), through counsel, and moves this Honorable Court pursuant to Fed. R. Civ. P. 12(b) to dismiss this action against it for Lack of Jurisdiction, and as grounds therefor shows to the Court as follows; to wit:

1.  Bridge Capital Corporation is a California corporation with its address being 27121 Towne Centre Drive, Suite 101, Foothill Ranch, California 92610, and has been a California corporation during all times alleged in the complaint.

2.  Bridge does not transact any business in the State of Alabama, nor has Bridge ever transacted any business in the State of Alabama. Bridge is not licensed to do business in Alabama and is not authorized to make loans in Alabama. Bridge has no offices in the State of Alabama and has no agents authorized to do business in Alabama, nor has Bridge ever had any offices in the State of Alabama or agents authorized to do business in Alabama. *See* Affidavit, attached hereto as Exhibit "A."

3.  Bridge does not solicit business in the State of Alabama. If an individual requested information from Bridge regarding a loan over the internet, although some loan

1

information may be provided, a transaction could never occur when it would be discovered that the transaction was to occur in Alabama. *See* Affidavit, attached hereto as Exhibit "A."

4. Bridge does not otherwise have any minimum contacts with the State of Alabama as required by Ala. R. Civ. P. 4.2(b) which would require them to come to this State to defend this action.

5. A review of Plaintiff's complaint and the exhibits attached thereto reveals that Bridge was not involved in any way in the actual transaction upon which Plaintiff's case is based; this is apparent from the initial Application (attached hereto as Exhibit "B") to the closing document, the HUD-1 Settlement Statement (Exhibit "J" in Plaintiff's complaint). All documents comprising the loan transaction identify defendants Dana Capital Corporation as the broker and Finance America, LLC as the mortgagee.

6. The dismissal of Bridge Capital Corporation will not eliminate any crucial parties to this matter and will not prejudice Plaintiffs or any other Defendants.

7. It is well established that the party seeking to invoke the jurisdiction of a court has the burden of establishing that jurisdiction exists, and this burden cannot be shifted to the party challenging the jurisdiction. *Tetco Metal Products, Inc. v. Langham*, 387 F.2d 721 (5th Cir.-OLD 1968). "If his allegations of jurisdictional facts are challenged by his adversary in any appropriate manner, he must support them by competent proof." *Id.*, quoting *McNutt v. General Motors Acceptance Corp.*, 298 U.S. 178, 189 (U.S. 1936).

WHEREFORE, Defendant Bridge Capital Corporation, submits that this Honorable Court does not have jurisdiction over it and respectfully requests this Honorable Court to dismiss the Complaint pursuant to Fed. R. Civ. P. 12(b) as it pertains to them.

Respectfully submitted this 28th day of December 2006.

           **s/ Joel W. Weatherford**
           Joel W. Weatherford (WEA011)
           Russell N. Parrish (PAR117)
           Attorneys for Defendants
           FARMER, PRICE, HORNSBY
           & WEATHERFORD, L.L.P.
           P.O. Box 2228
           Dothan, Alabama 36302
           (334) 793-2424
           F. (334) 793-6624
           jweatherford@fphw-law.com
           rparrish@fphw-law.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on December 28, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will perfect service on CM/ECF participants electronically, and a copy has been mailed by the United States Postal Service a copy to any non-participants of CM/ECF, properly addressed and postage prepaid, this 27th day of December 2006, upon the following:

  Robert Edward Kirby, Jr.
  Attorney for Plaintiffs,
  John David Brannon and Teresa Gayle Brannon
  bekatty@bellsouth.net

  Mindi Cherese Robinson
  Attorney for Defendants,
  Finance America, LLC, BNC Mortgage, Inc., and Lehman Brothers Bank, FSB
  mrobinson@slatenlaw.com

  Wilson F. Green
  Attorney for Defendant,
  Dana Capital Group, Inc.
  wgreen@bfgwc.com

  Residential Finance America, LLC, *pro se*
  c/o National Registered Agents, Inc.
  150 S. Perry Street
  Montgomery, Alabama 36104

  Tiempo Escrow II, *pro se*
  c/o Steve Davis, registered agent
  9171 Wilshire Blvd.
  Beverly Hills, CA 90210

           **s/ Joel W. Weatherford**

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

JOHN DAVID BRANNON and )
TERESA GAYLE BRANNON, )
)
Plaintiffs, )
)
v. ) Case No: 1:06-cv-00996-MHT-WC
)
FINANCE AMERICA, LLC et al., )
)
Defendants. )

AFFIDAVIT OF MIKE R. AHMARI

STATE OF CALIFORNIA )
)
ORANGE COUNTY )

Before me, the undersigned authority in and for said County in said State, personally appeared MIKE R. AHMARI, and who being first duly sworn, deposes and says as follows:

1. My name is MIKE R. AHMARI, and I am over the age of nineteen years. I have personal knowledge of all the matters stated herein, and I am competent to testify to all the matters stated herein.

2. I am employed as CHIEF EXECUTIVE OFFICER by Bridge Capital Corporation ("Bridge"), a Defendant in the above-styled cause. I make this Affidavit for the purposes of this action.

3. Bridge does not transact any business in the State of Alabama, nor has Bridge ever transacted any business in the State of Alabama. Bridge is not licensed to do business in Alabama and is not authorized to make loans in Alabama. Bridge has no offices in the State of



EXHIBIT A

Alabama and has no agents authorized to do business in Alabama, nor has Bridge ever had any offices in the State of Alabama or agents authorized to do business in Alabama.

4. Bridge does not solicit business in the State of Alabama. If an individual requested information from Bridge regarding a loan over the internet, although some loan information may be provided, a transaction could never occur when it would be discovered that the transaction was to occur in Alabama.

5. Further, Affiant saith not.

IN WITNESS WHEREOF, we have hereunto set our hands and seals this the 27TH day of DECEMBER 2006.

_____
MIKE R. AHMARI

STATE OF CALIFORNIA )
                    )
ORANGE COUNTY       )

On DECEMBER 27, 2006 before me, STORMY VASQUEZ, personally appeared MIKE R. AHMARI, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature S. Vasquez (Seal)



STORMY VASQUEZ
COMM. #1646126
Notary Public-California
ORANGE COUNTY
My Comm. Exp. Feb 18, 2010

# Uniform Residential Loan Application

This application is designed to be completed by the applicant(s) with the Lender's assistance. Applicants should complete this form as "Borrower" or "Co-Borrower", as applicable. Co-Borrower information must also be provided (and the appropriate box checked) when ☐ the income or assets of a person other than the "Borrower" (including the Borrower's spouse) will be used as a basis for loan qualification or ☐ the income or assets of the Borrower's spouse will not be used as a basis for loan qualification, but his or her liabilities must be considered because the Borrower resides in a community property state, the security property is located in a community property state, or the Borrower is relying on other property located in a community property state as a basis for repayment of the loan.

## I. TYPE OF MORTGAGE AND TERMS OF LOAN

| Mortgage Applied for: | ☐ VA  ☑ Conventional  ☐ Other (explain):  ☐ FHA  ☐ USDA/Rural Housing Service | Agency Case Number | Lender Case Number 2940701 |
|---|---|---|---|

| Amount $ 117,470 | Interest Rate 9.225 % | No. of Months 360/360 | Amortization Type: ☐ Fixed Rate  ☐ GPM  ☑ Other (explain): 2/28 I/O  ☐ ARM (type): |
|---|---|---|---|

## II. PROPERTY INFORMATION AND PURPOSE OF LOAN

Subject Property Address (street, city, state, ZIP)  
909 DEBORAH ST, Dothan, AL 36301  County: Houston  
No. of Units: 1  
Year Built:

Legal Description of Subject Property (attach description if necessary)  
PLS SEE PRELIMS

Purpose of Loan: ☐ Purchase  ☐ Construction  ☐ Other (explain):  
☑ Refinance  ☐ Construction-Permanent  
Property will be: ☑ Primary Residence  ☐ Secondary Residence  ☐ Investment

Complete this line if construction or construction-permanent loan.

| Year Lot Acquired | Original Cost $ | Amount Existing Liens $ | (a) Present Value of Lot $ | (b) Cost of Improvements $ | Total (a+b) $ |
|---|---|---|---|---|---|

Complete this line if this is a refinance loan.

| Year Acquired | Original Cost | Amount Existing Liens | Purpose of Refinance | Describe Improvements ☐ made ☐ to be made |
|---|---|---|---|---|
| 2003 | $ 90,000 | $ 80,000 | Limited Cash-Out Rate/Term | Cost: $ 0 |

Title will be held in what Name(s): JOHN DAVID BRANNON  GAYLE BRANNON & TERESA BRANNON  
Manner in which Title will be held: To be determined in escrow  
Estate will be held in: ☑ Fee Simple  ☐ Leasehold (show expiration date) 01/01/1900

Source of Down Payment, Settlement Charges and/or Subordinate Financing (explain)  
Equity from Subject Property

## III. BORROWER INFORMATION

| | Borrower | Co-Borrower |
|---|---|---|
| Name | JOHN DAVID BRANNON | GAYLE BRANNON |
| Social Security Number | 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 | 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 |
| Home Phone | 334-792-1518 | 334-792-1518 |
| DOB | 04/29/1959 | 09/23/1959 |
| Yrs. School | 12 | 12 |
| | ☑ Married  ☐ Unmarried  ☐ Separated | ☑ Married  ☐ Unmarried  ☐ Separated |
| Dependents | no. 0  ages | no. 0  ages |
| Present Address | 909 DEBORAH ST, Dothan, AL 36301  ☑ Own  ☐ Rent  2 No. Yrs. | 909 Deborah St, Dothan, AL 36301  ☑ Own  ☐ Rent  2 No. Yrs. |

## IV. EMPLOYMENT INFORMATION

| | Borrower | Co-Borrower |
|---|---|---|
| Name & Address of Employer | WAL-MART  3300 S. OATES  Dothan, AL 36301 | PEOPLES SOUTH  109 EAST CHURCH STREET  COLUMBIA, AL 36319 |
| Self Employed | ☐ | ☐ |
| Yrs. on this job | 3 yr(s) 0 mth(s) | 9 yr(s) 0 mth(s) |
| Yrs. employed in this line of work/profession | 25 | 25 |
| Position/Title/Type of Business | ASSITANT MANAGER | TELLER |
| Business Phone | 334-702-1310 | 334-696-4431 |

If employed in current position for less than two years or if currently employed in more than one position, complete the following:

Freddie Mac Form 65  01/04  
Calyx Form 1003 Loanapp1.frm 01/04  
Page 1 of 4  
Borrower _____  Co-Borrower _____  
Fannie Mae Form 1003  01/04


EXHIBIT B

0209 BRANNON

## VI. ASSETS AND LIABILITIES (cont.)

**Schedule of Real Estate Owned** (if additional properties are owned, use continuation sheet)

| Property Address (enter S if sold, PS if pending sale or R if rental being held for income) | Type of Property | Present Market Value | Amount of Mortgages & Liens | Gross Rental Income | Mortgage Payments | Insurance, Maintenance, Taxes & Misc. | Net Rental Income |
|---|---|---|---|---|---|---|---|
| 909 Deborah St Dothan, AL 36301 | primary resident-refinance SFR | $ 120,000 | $ 100,530 | $ 0 | $ 1,003 | $ 96 | $ 0 |
| | | | | | | | |
| | | | | | | | |
| Totals | | $ 120,000 | $ 100,530 | $ | $ 1,003 | $ 96 | $ |

List any additional names under which credit has previously been received and indicate appropriate creditor name(s) and account number(s):

| Alternate Name | Creditor Name | Account Number |
|---|---|---|
| | | |

## VII. DETAILS OF TRANSACTION

| | | |
|---|---|---|
| a. Purchase price | $ | 0.00 |
| b. Alterations, improvements, repairs | | 0.00 |
| c. Land (if acquired separately) | | 0.00 |
| d. Refinance (incl. debts to be paid off) | | 103,408.00 |
| e. Estimated prepaid items | | 0.00 |
| f. Estimated closing costs | | |
| g. PMI, MIP, Funding Fee | | 0.00 |
| h. Discount (if Borrower will pay) | | |
| i. Total costs (add items a through h) | | 103,408.00 |
| j. Subordinate financing | | |
| k. Borrower's closing costs paid by Seller | | 0.00 |
| l. Other Credits(explain) | | |
| m. Loan amount (exclude PMI, MIP, Funding Fee financed) | | 117,470.00 |
| n. PMI, MIP, Funding Fee financed | | |
| o. Loan amount (add m & n) | | 117,470.00 |
| p. Cash from/to Borrower (subtract j, k, l & o from i) | | -14,062.00 |

## VIII. DECLARATIONS

If you answer "yes" to any questions a through i, please use continuation sheet for explanation.

| | Borrower Yes | Borrower No | Co-Borrower Yes | Co-Borrower No |
|---|---|---|---|---|
| a. Are there any outstanding judgments against you? | ☐ | ☑ | ☐ | ☑ |
| b. Have you been declared bankrupt within the past 7 years? | ☐ | ☑ | ☐ | ☑ |
| c. Have you had property foreclosed upon or given title or deed in lieu thereof in the last 7 years? | ☐ | ☑ | ☐ | ☑ |
| d. Are you a party to a lawsuit? | ☐ | ☑ | ☐ | ☑ |
| e. Have you directly or indirectly been obligated on any loan which resulted in foreclosure, transfer of title in lieu of foreclosure, or judgment? (This would include such loans as home mortgage loans, SBA loans, home improvement loans, educational loans, manufactured (mobile) home loans, any mortgage, financial obligation, bond, or loan guarantee. If "Yes," provide details, including date, name and address of Lender, FHA or VA case number, if any, and reasons for the action.) | ☐ | ☑ | ☐ | ☑ |
| f. Are you presently delinquent or in default on any Federal debt or any other loan, mortgage, financial obligation, bond, or loan guarantee? If "Yes," give details as described in the preceding question. | ☐ | ☑ | ☐ | ☑ |
| g. Are you obligated to pay alimony, child support, or separate maintenance? | ☐ | ☑ | ☐ | ☑ |
| h. Is any part of the down payment borrowed? | ☐ | ☑ | ☐ | ☑ |
| i. Are you a co-maker or endorser on a note? | ☐ | ☑ | ☐ | ☑ |
| j. Are you a U. S. citizen? | ☑ | ☐ | ☑ | ☐ |
| k. Are you a permanent resident alien? | ☐ | ☑ | ☐ | ☑ |
| l. Do you intend to occupy the property as your primary residence? If "Yes," complete question m below. | ☑ | ☐ | ☑ | ☐ |
| m. Have you had an ownership interest in a property in the last three years? | ☑ | ☐ | ☑ | ☐ |
| (1) What type of property did you own-principal residence (PR), second home (SH), or investment property (IP)? | PR | | PR | |
| (2) How did you hold title to the home-solely by yourself (S), jointly with your spouse (SP), or jointly with another person (O)? | S | | SP | |

## IX. ACKNOWLEDGMENT AND AGREEMENT

Each of the undersigned specifically represents to Lender and to Lender's actual or potential agents, brokers, processors, attorneys, insurers, servicers, successors and assigns and agrees and acknowledges that: (1) the information provided in this application is true and correct as of the date set forth opposite my signature and that any intentional or negligent misrepresentation of this information contained in this application may result in civil liability, including monetary damages, to any person who may suffer any loss due to reliance upon any misrepresentation that I have made on this application, and/or in criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Sec. 1001, et seq.; (2) the loan requested pursuant to this application (the "Loan") will be secured by a mortgage or deed of trust on the property described herein; (3) the property will not be used for any illegal or prohibited purpose or use; (4) all statements made in this application are made for the purpose of obtaining a residential mortgage loan; (5) the property will be occupied as indicated herein; (6) any owner or servicer of the Loan may verify or reverify any information contained in the application from any source named in this application, and Lender, its successors or assigns may retain the original and/or an electronic record of this application, even if the Loan is not approved; (7) the Lender and its agents, brokers, insurers, servicers, successors and assigns may continuously rely on the information contained in the application, and I am obligated to amend and/or supplement the information provided in this application if any of the material facts that I have represented herein should change prior to closing of the Loan; (8) in the event that my payments on the Loan become delinquent, the owner or servicer of the Loan may, in addition to any other rights and remedies that it may have relating to such delinquency, report my name and account information to one or more consumer credit reporting agencies; (9) ownership of the Loan and/or administration of the Loan account may be transferred with such notice as may be required by law; (10) neither Lender nor its agents, brokers, insurers, servicers, successors or assigns has made any representation or warranty, express or implied, to me regarding the property or the condition or value of the property; and (11) my transmission of this application as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or my facsimile transmission of this application containing a facsimile of my signature, shall be as effective, enforceable and valid as if a paper version of this application were delivered containing my original written signature.

| Borrower's Signature | Date | Co-Borrower's Signature | Date |
|---|---|---|---|
| X | | X | |

## X. INFORMATION FOR GOVERNMENT MONITORING PURPOSES

The following information is requested by the Federal Government for certain types of loans related to a dwelling in order to monitor the lender's compliance with equal credit opportunity, fair housing and home mortgage disclosure laws. You are not required to furnish this information, but are encouraged to do so. The law provides that a Lender may discriminate neither on the basis of this information, nor on whether you choose to furnish it. If you furnish the information, please provide both ethnicity and race. For race, you may check more than one designation. If you do not furnish ethnicity, race, or sex, under Federal regulations, this lender is required to note the information on the basis of visual observation or surname. If you do not wish to furnish the information, please check the box below. (Lender must review the above material to assure that the disclosures satisfy all requirements to which the lender is subject under applicable state law for the particular type of loan applied for.)

| BORROWER | ☐ I do not wish to furnish this information | CO-BORROWER | ☐ I do not wish to furnish this information |
|---|---|---|---|
| Ethnicity: | ☐ Hispanic or Latino  ☑ Not Hispanic or Latino | Ethnicity: | ☐ Hispanic or Latino  ☑ Not Hispanic or Latino |
| Race: | ☐ American Indian or Alaska Native   ☐ Asian   ☐ Black or African American   ☐ Native Hawaiian or Other Pacific Islander   ☑ White | Race: | ☐ American Indian or Alaska Native   ☐ Asian   ☐ Black or African American   ☐ Native Hawaiian or Other Pacific Islander   ☑ White |
| Sex: | ☐ Female  ☑ Male | Sex: | ☑ Female  ☐ Male |

| To be Completed by Interviewer | Interviewer's Name (print or type) | Name and Address of Interviewer's Employer |
|---|---|---|
| This application was taken by: | ANTHONY CALLARI | DANA CAPITAL GROUP |
| ☐ Face-to-face interview | Interviewer's Signature                Date | 8001 IRVINE CENTRE DR#1200 |
| ☐ Mail | | IRVINE, CA 92618 |
| ☑ Telephone | Interviewer's Phone Number (incl. area code) | (P) 866-411-3752 |
| ☐ Internet | 866-411-3752 | (F) 866-375-2911 |

Freddie Mac Form 65   01/04                                                    Fannie Mae Form 1003   01/04
Calyx Form 1003 Loanapp3.frm  01/04          Page 3 of 4

0213 BRANNON