IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOHN DAVID BRANNON and TERESA GAYLE BRANNON,<br><br>Plaintiffs,<br><br>v.<br><br>FINANCE AMERICA, LLC;<br>BNC MORTGAGE, INC.;<br>LEHMAN BROTHERS BANK, FSB;<br>LEHMAN BROTHERS HOLDINGS, INC.;<br>DANA CAPITAL GROUP, INC.;<br>BRIDGE CAPITAL CORPORATION;<br>RESIDENTIAL FINANCE AMERICA, LLC<br>a/k/a RFA, LLC; and TIEMPO ESCROW II;<br><br>Defendants. | Case No.:1:06CV996-MHT |

## REPORT OF PARTIES' AGREED DISCOVERY PLAN

1. Pursuant to Fed.R.Civ.P. 26(f), the following parties have conferred and agreed upon the discovery plan set forth herein:

> Robert E. Kirby, Jr., counsel for Plaintiffs John David Brannon and Teresa Gayle Brannon;

> Mindi C. Robinson, counsel for Defendants Finance America, LLC, BNC Mortgage, Inc., Lehman Brothers Bank, FSB, and Lehman Brothers Holdings, Inc.;

> Wilson F. Green, counsel for Defendant Dana Capital Group, Inc.;

> Joel W. Weatherford, counsel for Bridge Capital Corporation (consents to the discovery plan set forth herein, subject to and without waiver of Bridge Capital's Motion to Dismiss which remains pending at the time of submission of this report).

As of the date of this submission, Defendants Residential Finance America, LLC (RFA) and Tiempo Escrow II have not been served with the Plaintiffs' Complaint and/or have not yet appeared in this action.

2. Pre-Discovery Disclosures. The parties will exchange by <u>January 31, 2007</u> the information required by Fed.R.Civ.P. 26(a)(1).

3. Discovery Plan. The parties jointly propose to the court the following discovery plan:

Discovery will be needed on the following subjects: The parties' legal contentions, and the factual basis therefore, relative to the brokerage, origination, and closing of Plaintiffs' mortgage loan that is here at issue.

All discovery commenced in time to be completed by <u>October 31, 2007.</u>

Maximum of <u>25</u> Interrogatories by each party to any other party. Responses due <u>30</u> days after service unless an extension is mutually agreed between the requesting and answering parties.

Maximum of <u>25</u> requests for admission by each party to any other party. Responses due <u>30</u> days after service unless an extension is mutually agreed between the requesting and answering parties.

Maximum of <u>6</u> depositions by plaintiff(s) and <u>5</u> by defendant(s).

Each deposition limited to maximum of 5 hours unless extended by agreement of parties.

    Reports from retained experts under Rule 26(a)(2) due:

        from plaintiff(s) by <u>July 2, 2007.</u>

        from defendant(s) by <u>August 6, 2007.</u>

Supplementations under Rule 26(e) due every <u>30 days</u> after a party's initial discovery responses are served upon the opposing party.

    4.    Other Items: None.

The parties <u>do not</u> request a conference with the court before entry of the scheduling order.

The parties request a pretrial conference in <u>November, 2007.</u>

Plaintiff(s) should be allowed until <u>May 1, 2007</u> to join additional parties and until <u>June 1, 2007</u> to amend the pleadings.

Defendant(s) should be allowed until <u>May 1, 2007</u> to join additional parties and until <u>June 1, 2007</u> to amend the pleadings.

All potentially dispositive motions should be filed by <u>October 1, 2007.</u>

The parties believe there is a <u>reasonable</u> chance of settlement prior to trial.

Final lists of witnesses and exhibits under Rule 26(a)(3) should be due

        from plaintiff(s) by <u>October 1, 2007.</u>

        from defendant(s) by <u>November 1, 2007.</u>

Parties should have <u>14</u> days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

The case should be ready for trial by <u>December 10, 2007</u>, and at this time is expected to take approximately <u>3</u> days.

Other Matters: None at this time, but other matters may arise if and when additional named parties appear in this litigation.

/s/ MINDI C. ROBINSON
**MINDI C. ROBINSON (ROB 113)**
Counsel for Finance America, LLC; BNC Mortgage, Inc.; Lehman Brothers Bank, FSB; Lehman Brothers Holdings, Inc.


/s/ WILSON F. GREEN
**WILSON F. GREEN (GRE 067)**
**Counsel for Dana Capital Group, Inc.**


/s/ ROBERT E. KIRBY, JR.
**ROBERT E. KIRBY, JR.**
**Counsel for Plaintiffs**


/s/ JOEL W. WEATHERFORD
**JOEL W. WEATHERFORD**
**RUSSELL N. PARRISH**
**Counsel for Bridge Capital Corporation**

**OF COUNSEL:**

**Slaten & O'Connor, P.C.**
Winter-Loeb Building, Suite 101
105 Tallapoosa Street
Montgomery, AL 36104
(334) 396-8882 (P)
(334) 396-8880 (F)
mrobinson@slatenlaw.com

**Battle Fleenor Green Winn & Clemmer, LLP**
The Financial Center
505 North Twentieth Street
Suite 1150
Birmingham, Alabama 35203
(205) 397-8163 (P)
wgreen@bfgwc.com

**Smith, Hanson & Kirby, LLC**
4401 Gary Avenue
Fairfield, Alabama 35064
(205) 281-8587 (P)
kirbylaw@charter.net

**Farmer, Price, Hornsby & Weatherford, L.L.P.**
P.O. Box 2228
Dothan, Alabama 36302
(334) 793-2424 (P)
(334) 793-6624 (F)
jweatherford@fphw-law.com
rparrish@fphw-law.com