IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| JOHN DAVID BRANNON and TERESA GAIL BRANNON,<br><br>    Plaintiffs,<br><br>    v.<br><br>FINANCE AMERICA, LLC, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO.<br>)  1:06cv996-MHT<br>)<br>)<br>)<br>)<br>) |

## ORDER

It is ORDERED that the motion to dismiss (doc. no. 11) is set for submission, without oral argument, on January 19, 2007, with all briefs and evidentiary materials due by said date.

DONE, this the 8th day of January, 2007.

                /s/ Myron H. Thompson
         UNITED STATES DISTRICT JUDGE