**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **JOHN DAVID BRANNON and** | ) | |
| **TERESA GAYLE BRANNON,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **Civil Action No.** |
| | ) | |
| **v.** | ) | **1:06cv996-MHT-WC** |
| | ) | |
| **FINANCE AMERICA, LLC; et al.,** | ) | |
| | ) | **(JURY TRIAL DEMANDED)** |
| **Defendants.** | ) | |

**PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANT BRIDGE CAPITAL
CORPORATION'S MOTION TO DISMISS**

**COME NOW** Plaintiffs and submit this, their response in opposition to Bridge Capital's

Motion to Dismiss.  For grounds, Plaintiffs state as follows.

1.      Defendant Bridge Capital Corporation (**hereinafter "Bridge"**) argues that it lacks

sufficient minimum contacts with the State of Alabama such that this Court may not exercise

personal jurisdiction over it.  Plaintiffs respectfully disagree.  Plaintiffs would show to the Court

that there is sufficient evidence of Defendant Bridge's ties with Alabama through the transaction

made the basis of this action to permit this Court to exercise specific contacts personal

jurisdiction over this entity.

> "The determination of whether or not a federal court has personal jurisdiction
> over a nonresident defendant involves a two step analysis...First, the court must
> decide whether the facts satisfy the forum state's long-arm statute. ... If the statute
> has been satisfied, then the court must address whether the facts show that the
> nonresident has minimum contacts with the forum state such that the court's
> exercise of jurisdiction would be fair and in accordance with the due process
> clause of the Fourteenth Amendment."

*Estate of Rick v. Stevens*, 145 F. Supp. 2d 1026, 1031 (N. D. Iowa 2001). (Citations omitted.)

Rule 4.2(b), Ala. R. Civ. P. states the following in pertinent part:

"An appropriate basis exists for service of process outside of this state upon a person or entity in any action in this state when the person or entity has such contacts with this state that the prosecution of the action against the person or entity in this state is not inconsistent with the constitution of this state or the Constitution of the United States…"

As the committee comments to Rule 4.2(b) note, this rule is "in effect, Alabama's 'long-arm' statute." As such, it "extends the personal jurisdiction of Alabama courts to the limits of due process under the federal and state constitutions." *Worthy v. Cyberworks Technologies, Inc.*, 835 So. 2d 972, 975 (Ala. 2002), citing *Sieber v. Campbell*, 810 So. 2d 641 (Ala. 2001).

Since Alabama's long-arm statute is co-extensive with the full constitutional limits of due process, the two-step process collapses into a single step, that of determining the extent of Bridge's contacts with Alabama in relation to the claims made by Plaintiffs. The analysis in this case is further simplified by the remedial nature of the federal lending notice and disclosure statutes upon which many of Plaintiffs' claims against Bridge are based. As the evidence presented herein will show, Bridge's contacts with Alabama are sufficient to permit this Court to exercise specific contacts jurisdiction over Bridge for the purposes of this lawsuit. Alternatively, based upon the conflicting evidence now before the court, Plaintiffs respectfully submit that the Court's abstention on Defendant's motion until such time as discovery on the limited issue of personal jurisdiction is obtained is warranted. *(See Affidavit of Robert E. Kirby, Jr. attached hereto at Exhibit 1)*

2.    There are two types of *in personam* jurisdiction:

'Two types of contacts can form a basis for personal jurisdiction: general contacts and specific contacts. General contacts, which give rise to general personal jurisdiction, consist of the defendant's contacts with the forum state that are unrelated to the cause of action and that are both 'continuous and systematic.' …

> Specific contacts, which give rise to specific jurisdiction, consist of the defendant's contacts with the forum state that are related to the cause of action....Although the related contacts need not be continuous and systematic, they must rise to such a level as to cause the defendant to anticipate being haled into court in the forum state. ...' (Citations omitted.)

*Ex parte LaGrone*, 839 So. 2d 620, 624-625 (Ala. 2002)

3.    The transaction made the basis of this action is the refinance of Plaintiffs' residential mortgage.  As is typical in today's mortgage refinance market, the loan was originated by a "Broker;" funded by a "Lender;" then transferred to a "Servicer."  The Truth in Lending and Real Estate Settlement Procedures Acts impose notice and disclosures duties upon each of these actors at various stages of the transaction.  Plaintiffs' allege that Defendant Bridge, through its loan originators Elmer Roldan and/or Jason McAfee, made pre-closing disclosures and offers to extend credit to Plaintiffs and as such, was the originating broker of this Alabama mortgage thus conveying specific contacts personal jurisdiction to this Court.  Bridge disagrees.  Plaintiffs first address Bridge's contentions in the following paragraphs.

4.    Plaintiffs do not dispute that Bridge is a California Corporation but deny its relevance.  Plaintiffs deny Bridge's contention that it has never conducted business in Alabama and will summarize the supporting evidence below.  Plaintiffs do not dispute that Bridge is not licensed to make loans in Alabama but deny its relevance to the issue at bar.  Many of the most active national subprime mortgage lenders are exempt from individual state licensing requirements by the Fair Housing Act or other Federal Statutes.

5.    Defendant Bridge located Plaintiffs through Plaintiffs' internet loan application.  Whether or not this marketing source of Bridge is contrary to Bridge's contention at Paragraph 3 of its motion that it does not solicit business in the State of Alabama need not be argued by Plaintiffs.  Plaintiffs do not base their personal jurisdiction argument solely upon Bridge's use of

internet marketing in Alabama. However, Plaintiffs present evidence below which directly contradicts the "no solicitation" allegation made by Bridge.

6.      Defendant Bridge's argument at Paragraph 5 of its motion, when considered in conjunction with the following evidence, illuminates the factual inconsistencies which Plaintiffs argue should lead this Court to deny its motion. Alternatively, the inconsistencies must be resolved before Bridge's motion can be reasonably weighed. *(See Affidavit of Robert E. Kirby, Jr. attached hereto as Exhibit 1)*

7.      The mortgage loan documents available to Plaintiffs at this time appear to identify to a reasonable degree of certainty the "Lender" in this transaction as Defendant Finance America, LLC and that the loan was transferred to HomEq Servicing Corporation as the "Servicer." *(See page 1 of the Adjustable Rate Note attached hereto as Exhibit 2 and Notice of Assignment, Sale or Transfer of Servicing Rights attached hereto as Exhibit 3)* Unfortunately, identifying the "Broker" of this transaction and determining the extent of Defendant Bridge's involvement in the origination of the loan is much more difficult.

8.      In support of its argument for specific contacts personal jurisdiction over Bridge, Plaintiffs submit to the Court a series of emails and documents to and from some of the parties to this action. In or about September 2005, Plaintiffs submitted an on-line loan application. Defendant Bridge responded with several solicitation documents and made an "offer" to the Plaintiffs on or about September 19, 2005. The offer was signed by Jason McAfee as branch manager of Bridge Capital Corporation. The offer encompasses a present intent to do business with the Alabama Plaintiffs and envisions a continuing relationship for up to 24 months and beyond. *(See "Offer" attached hereto as Exhibit 4)* Plaintiffs also received various documents from Elmer Roldan, identified as "credit manager" for Bridge. One such solicitation document

was entitled "About Us."  The "About Us" advertisement explains that Bridge is a "…nationally renowned full service financial institution…" and that "…from its corporate headquarters in Lake Forest, California… Our diversity allows Bridge Capital to reach out to most everyone with borrowing needs…"  *(See "About Us" sales literature attached hereto as Exhibit 5)* Another document sent by Roldan  was a "Referral Sheet."   The Referral Sheet asks Plaintiffs to provide Bridge with sales leads.  The document does not entertain the notion that any such leads provided by Plaintiffs should be non-Alabamians.  Although the Referral Sheet does not include the name of Bridge, the telephone numbers are the same as those found on the Bridge document at Exhibit 4.  *(See "Referral Sheet," "Thank you Letter," "Congratulations Letter" advising Plaintiffs that they had moved to step two of the loan process with Bridge, and "Loan Proposal" attached hereto at Exhibit 6)*

    **9.**    From at least October 3, 2005, to November 21, 2005, Plaintiffs exchanged emails with Jason McAfee and Elmer Roldan about the terms of the transaction at issue and other matters related to the transaction.  In the October 2, 2005, and the November 11, 2005, emails, Elmer Roldan's email address is elmer@bridgecapcorp.com.  *(See "emails" attached hereto as Exhibits 7 and Exhibit 8)*  In the two emails dated November 21, 2005, the email addresses of Elmer Roldan and JJ McAfee are elmer@rfanewport.com and jmcafee@rfalending.com.  *(See both November 21, 2005 emails attached hereto at Exhibit 9)*  At some point in time during the origination of the mortgage loan, Elmer Roldan provided Plaintiffs with a business card identifying himself as the "Credit Manager" for "Residential Finance America."  The business card includes the same contact telephone numbers as the Bridge numbers found at Exhibit 4.  *(See "Business Card" attached hereto as Exhibit 10)*  Plaintiffs respectfully submit that the preceding evidence is sufficient to overcome Bridge's Motion to Dismiss.

**10.**     At or about the same time that the preceding documents were generated, Plaintiffs received additional documents from Elmer Roldan, this time he identified himself as the Senior Loan Officer for Defendant Dana Capital Group.   However, the Dana Capital documents Plaintiffs received bear the exact same street address including suite number and telephone numbers as those of Defendant Bridge.  *(See "Notice to Home loan Applicant," "Privacy Policy of Dana Capital," and "Borrower Certification" attached hereto at Exhibit 11,  See also Exhibit 6 for address comparisons and Affidavit of Kirby at Exhibit 1)*

**11.**     The "Broker" is identified on the HUD-1 Settlement Statement for the transaction at issue as being Dana Capital.  *(See "Hud-1 Settlement Statement" attached hereto as Exhibit 12)*  However, in light of the preceding evidence, absent discovery regarding the relationship between Dana Capital and Bridge, the assertions on the HUD-1 cannot be considered conclusive. *(See Kirby Affidavit at Exhibit 1)*

**12.**     In summary, the evidence clearly contradicts Defendant Bridge's allegations regarding its solicitation of business in Alabama.  Bridge did in fact solicit the Plaintiffs' business, made an offer to lend and, as discovery regarding the relationship of the parties and the origination of the transaction progresses, Plaintiffs respectfully submit that more likely than not one or more elements of the notice and disclosure requirements of the federal lending statutes relied upon by Plaintiffs were performed by Defendant Bridge.

**WHERFORE PREMISES CONSIDERED**, Plaintiffs respectfully request that this Honorable Court deny the Motion to Dismiss of Defendant Bridge Capital Corporation or, alternatively, abstain from ruling on the motion until such time as discovery on the issue is obtained.

Respectfully Submitted,


*/s/ Robert E. Kirby, Jr.*
ROBERT E. KIRBY, JR. (KIR013)
Attorney for Plaintiffs
SMITH, HANSON & KIRBY, LLC
4401 Gary Ave.
Fairfield, AL  35064
Telephone:    (205) 786-3775
Fax:          (205) 780-8540
Email:        bekatty@bellsouth.net


## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

*Counsel of Record:*
Wilson F. Green, Esq.              wgreen@bfgwc.com
                                   alavender@bfgwc.com
Mindi C. Robinson, Esq.            mrobinson@slatenlaw.com
                                   jwindham@slatenlaw.com
Joel W. Weatherford , Esq.         jweatherford@fphw-law.com
                                   wminton@fphw-law.com


*/s/ Robert E. Kirby, Jr.*
Of Counsel

**EXHIBIT 1**

STATE OF ALABAMA     )
JEFFERSON COUNTY     )

<u>**AFFIDAVIT OF ROBERT E. KIRBY, JR.**</u>

Before me, the undersigned authority, a Notary Public in and for said county and state, personally appeared Robert E. Kirby, Jr., who being by me first duly sworn, and who is personally known to me, deposes and says that the facts set out below are true and correct to the best of his knowledge:

1. My name is Robert E. Kirby, Jr. I am and have been a licensed attorney in the State of Alabama since 1988. I represent Plaintiffs David and Teresa Brannon in the action styled ***John David Brannon and Teresa Gayle Brannon v. Finance America, LLC, et al.,*** USDC, Middle District of Alabama, Southern Division, Case Number **1:06cv996-MHT-WC.** I have personal knowledge of the matters contained herein.

2. Since 1994, I estimate that I have represented more than 1000 plaintiffs in consumer finance cases. Since 2000, I estimate that I have represented 400 to 500 plaintiffs in residential mortgage finance cases and have reviewed somewhere in the range of 3000 sets of mortgage loan closing documents. Based upon my experience in mortgage cases, the various documents the Brannon Plaintiffs received during the origination, processing, underwriting and closing of their loan create significant questions regarding the relationships of the Parties in this action and, more specifically, the role of Bridge Capital Corporation as it relates to the issue of personal jurisdiction. Absent the opportunity to conduct at least limited deposition discovery, I will be unable to adequately prepare my clients' case or respond to the pending motion to dismiss.

3. My experience in handling mortgage cases, specifically mortgage cases involving subprime lenders, has revealed many commonalities among "Mortgage Brokers." Pertinent to

this case is the propensity of mortgage brokers to repeatedly dissolve their business entity then re-open immediately under a different name. Often times this is done to avoid liability in pending lawsuits, to resolve origination authority issues with the FHA, renew wholesaling relationships with funding lenders following legal or financial difficulties under the old name, shelter assets from judgments, avoid licensing or other governmental sanctioning issues, etc. Prosecuting subprime mortgage cases invariably includes playing the proverbial "Shell Game" in many instances unless the broker, lender, and servicer are one and the same.

    4.    In the *Brannon* case, the documents currently in the possession of Plaintiffs are insufficient to allow me to determine the role Bridge Capital Corporation played in the origination of the mortgage loan at issue, nor am I able to clearly determine the relationships between Dana Capital, Residential Finance America and Bridge Capital. Absent discovery, the level of specific or general contacts with Alabama by Bridge simply cannot be reasonably determined.

    I have read the foregoing and it is true to the best of my knowledge

                                                    ROBERT E. KIRBY  JR

Sworn to and subscribed before me on this 18th day of January, 2007.

NOTARY PUBLIC
My Commission Expires: 8-9-08

2

**EXHIBIT 2**

# ADJUSTABLE RATE NOTE

(LIBOR Index - Rate Caps)

MIN  100052300423017549

**THIS NOTE CONTAINS PROVISIONS ALLOWING FOR CHANGES IN MY INTEREST RATE AND MY MONTHLY PAYMENT. THIS NOTE LIMITS THE AMOUNT MY INTEREST RATE CAN CHANGE AT ANY ONE TIME AND THE MAXIMUM RATE I MUST PAY.**

| 11/10/05 | IRVINE | CA |
|---|---|---|
| [Date] | [City] | [State] |

909 DEBORAH STREET, DOTHAN, AL 36301
[Property Address]

## 1. BORROWER'S PROMISE TO PAY

In return for a loan that I have received, I promise to pay U.S. $  117,470.00            (this amount is called "Principal"), plus interest, to the order of the Lender. The Lender is
Finance America, LLC                                                                          .
I will make all payments under this Note in the form of cash, check or money order.

I understand that the Lender may transfer this Note. The Lender or anyone who takes this Note by transfer and who is entitled to receive payments under this Note is called the "Note Holder."

## 2. INTEREST

Interest will be charged on unpaid principal until the full amount of Principal has been paid. I will pay interest at a yearly rate of        9.225        %. The interest rate I will pay may change in accordance with Section 4 of this Note.

The interest rate required by this Section 2 and Section 4 of this Note is the rate I will pay both before and after any default described in Section 7(B) of this Note.

## 3. PAYMENTS

**(A) Time and Place of Payments**

I will pay principal and interest by making a payment every month.

I will make my monthly payments on the first day of each month beginning on         JANUARY 01, 2006          . I will make these payments every month until I have paid all of the principal and interest and any other charges described below that I may owe under this Note. Each monthly payment will be applied as of its scheduled due date and will be applied to interest before Principal. If, on          DECEMBER  01, 2035 , I still owe amounts under this Note, I will pay those amounts in full on that date, which is called the "Maturity Date."

I will make my monthly payments at        HomEq Servicing Corporation
     PO Box 70830, Charlotte, NC 28272-0830
or at a different place if required by the Note Holder.

**(B) Amount of My Initial Monthly Payments**

Each of my initial monthly payments will be in the amount of U.S. $        964.27          . This amount may change.

**(C) Monthly Payment Changes**

Changes in my monthly payment will reflect changes in the unpaid principal of my loan and in the interest rate that I must pay. The Note Holder will determine my new interest rate and the changed amount of my monthly payment in accordance with Section 4 of this Note.

---

**MULTISTATE ADJUSTABLE RATE NOTE - LIBOR INDEX - Single Family - Freddie Mac UNIFORM INSTRUMENT**          **Form 3590 1/01**

**815N** (0005).01
VMP MORTGAGE FORMS - (800)521-7291

Page 1 of 4                        Initials: _____

   MDAC

LOAN ID: 0042301754

**EXHIBIT 3**

## NOTICE OF ASSIGNMENT, SALE, OR TRANSFER OF SERVICING RIGHTS

Borrower Name & Address:

JOHN DAVID BRANNON AND TERESA GAYLE BRANNON
909 DEBORAH STREET
DOTHAN, AL 36301

Loan Number:   0042301754

You are hereby notified* that the servicing of your mortgage loan, that is, the right to collect payments from you, is being assigned, sold or transferred from   Finance America, LLC

to   HomEq Servicing Corporation

, effective   JANUARY 01, 2006 .

The assignment, sale or transfer of the servicing of the mortgage loan does not affect any term or condition of the mortgage instruments, other than terms directly related to the servicing of your loan.

Except in limited circumstances, the law requires that your present servicer send you this notice at least 15 days before the effective date of transfer, or at closing. Your new servicer must also send you this notice no later than 15 days after this effective date or at closing. [In this case, all necessary information is combined in this one notice.]

Your present servicer is   Finance America, LLC

If you have any questions relating to the transfer of servicing from your present servicer call   800-690-8200

between 8:00 a.m. and   5:00   p.m. on the following days Monday-Friday (PST) . This is a toll-free or collect call number.

Your new servicer will be   HomEq Servicing Corporation

The business address for your new servicer is:   PO BOX 13716
Sacramento, CA 95853-3716 .
The toll-free or collect call telephone number of your new servicer is   1-877-867-7378 .
If you have any questions relating to the transfer of servicing to your new servicer call   HomEq Servicing Corporation
at 1-877-867-7378

between   5:30   a.m. and   5:30   p.m. on the following days Monday through Friday (Pacific Time) .
The date that your present servicer will stop accepting payments from you is JANUARY 01, 2006 .
The date that your new servicer will start accepting payments from you is JANUARY 01, 2006 .
Send all payments due on or after that date to your new servicer.

The transfer of servicing rights may affect the terms of or the continued availability of mortgage life or disability insurance or any other type of optional insurance in the following manner:   N/A

and you should take the following action to maintain coverage:   N/A

You should also be aware of the following information, which is set out in more detail in Section 6 of the Real Estate Settlement Procedures Act (RESPA) (12 U.S.C. Section 2605):

During the 60-day period following the effective date of the transfer of the loan servicing, a loan payment received by your old servicer before its due date may not be treated by the new loan servicer as late, and a late fee may not be imposed on you.

Section 6 of RESPA (12 U.S.C. Section 2605) gives you certain consumer rights. If you send a ``qualified written request'' to your loan servicer concerning the servicing of your loan, your servicer must provide you with a written acknowledgment within 20 Business Days of receipt of your request. A ``qualified written request'' is a written correspondence, other than notice on a payment coupon or other payment medium supplied by the servicer, which includes your name and account number, and your reasons for the request. If you want to send a ``qualified written request'' regarding the servicing of your loan, it must be sent to this address:

HomEq Servicing Corporation
PO Box 13716
Sacramento, CA 95853-3716

Not later than 60 Business Days after receiving your request, your servicer must make any appropriate corrections to your account, and must provide you with a written clarification regarding any dispute. During this 60-Business Day period, your servicer may not provide information to a consumer reporting agency concerning any overdue payment related to such period or qualified written request. However, this does not prevent the servicer from initiating foreclosure if proper grounds exist under the mortgage documents.

A Business Day is a day on which the offices of the business entity are open to the public for carrying on substantially all of its business functions.

Section 6 of RESPA also provides for damages and costs for individuals or classes of individuals in circumstances where servicers are shown to have violated the requirements of that Section. You should seek legal advice if you believe your rights have been violated.

* This notification is a requirement of Section 6 of the Real Estate Settlement Procedures Act (RESPA) (12 U.S.C. Section 2605).

| Finance America, LLC | 11/10/05 | HomEq Servicing Corporation | 11/10/05 |
|---|---|---|---|
| PRESENT SERVICER | Date | FUTURE SERVICER | Date |

VMP-553R (9501).03          12/94

VMP MORTGAGE FORMS - (800)521-7291

ARGV

0194 BRANNON

**EXHIBIT 4**



09.19.05

Dear John and Gayle,

Bridge Capital hereby agrees after 12 months up to 24 months of timely payments to process and submit a refinance of your existing loan to a 15-20-30 year fixed rate as long as the following conditions are met:

1:  All payments on the first mortgage to be made on time. (No 30 days lates)
2:  Property does not significantly decline in value.
3:  Overall consumer credit remains paid as agreed.
4.  Overall debt to income ratio meets Fannie Mae guidelines.

Bridge Capital also agrees to cover any origination fees or broker fees incurred by you in the refinance from your existing loan to a 15-20-30 year fixed rate, assuming that you refinance with Bridge Capital.

Bridge Capital agrees to give you our lowest fixed rate in 12-24 months, if the above is met.

If you have any questions, please feel free to call.

Thank you for your business.

Sincerely,

Jason McAfee
Branch Manager

Toll free 866.411.3752          direct: 949.777.1650          toll free fax: 866.375.2911

0045 BRANNON

**EXHIBIT 5**



**Your Investment
Working For You ...**

*Home Loans & Refinancing*

# About Us

Bridge Capital Corporation, founded in 1998, is a nationally renowned full service financial institution, with over 75 combined years of experience amongst its senior management.

Originally a mortgage banking company with humble beginnings, Bridge Capital has accumulated a wealth of financial resources, experience and technology since its inception. As a result, we have evolved into what we are today, a broad, cross-market lender, with subsidiaries focusing on home mortgage services, equipment leasing and financing, auto leasing and financing, and escrow services.

From its corporate headquarters located in Lake Forest, California, Bridge Capital's management team oversees the day-to-day operations of the subsidiaries, including the flagship of our operation: our mortgage banking division and our corporate branches. Our diversity allows Bridge Capital to reach out to most everyone with borrowing or leasing needs, and provides them access with our entire range of products..

Bridge Capital is dedicated to providing the most comprehensive, flexible, and customer service-driven lending products in the industry, and that dedication is reflected in the operations of our subsidiaries, departments and divisions, who stand by the Bridge Capital philosophy: We "Bridge the Gap" between customers and their dreams!

If you have any questions please call me at toll free 1-866-411-3752 Ext.1650 or e-mail. I'll be happy to answer any and all your questions. Can't wait to talk to you.

"If it can be done today...Don't put it off until tomorrow"

Elmer M. Roldan
Credit Manager
5000 Birch St, Suite 8500
Newport Beach, Ca 92660
E-mail: elmer@bridgecapcorp.cpm

Toll free 866.411.3752          direct: 949.777.1650          toll free fax: 866.375.2911

0038 BRANNON

**EXHIBIT 6**

# Referral Sheet

Please fill out the list below with any friends, family members, or coworkers that may need assistance lowering their interest rate, consolidating debt, taking out money for home improvements, or purchasing a new home. I will contact each person listed within 48 hours.

Name:_____Phone #:_____Email:_____

Name:_____Phone #:_____Email:_____

Name:_____Phone #:_____Email:_____

Name:_____Phone #:_____Email:_____

Name:_____Phone #:_____Email:_____

Name:_____Phone #:_____Email:_____

Name:_____Phone #:_____Email:_____

Name:_____Phone #:_____Email:_____

Name:_____Phone #:_____Email:_____

Name:_____Phone #:_____Email:_____

### *Please notify each person that I will be calling.*

This list can be faxed to me directly as 949.955.9072 or you can send it to me in the mail at the address listed on the previous page. Thank you for any and all refferal business!

Elmer M. Roldan

Toll free 866.411.3752          direct: 949.777.1650          toll free fax: 866.375.2911

0039 BRANNON



**BRIDGE Capital Corporation**

*Your Investment*
*Working For You ...*

*Home Loans & Refinancing*

## 5000 BIRCH STREET, SUITE 8500
## NEWPORT BEACH, CA 92660

## MEMO

| | |
|---|---|
| TO: **JOHN AND GAYLE BRANNON** | FROM: Elmer M. Roldan |
| COMPANY: | DATE: 09.19.05 |
| FAX NUMBER: | TOTAL NO. OF PAGES INCLUDING COVER: |
| PHONE NUMBER: 334.792.1518 | SENDER'S REFERENCE NUMBER: |
| RE: Initial Package | YOUR REFERENCE NUMBER: |

Mr. & Mrs. Brannon,

      Thank you for speaking with me regarding you refinance interests. I have attached a package based on your 1st mortgage. This is based off a 2year fixed interest only mortgage. Which will help you get out of the situation you are in now and build a better brighter financial credit. There is more room or to pay off more debt to save more money just let me know! I look forward to earning your business.

You'll notice that I included a Referral Sheet for your convenience. If you know of anyone that is looking to save money by refinancing or taking out an equity line, or even if they're looking to purchase a new home, please provide some contact information and I will be sure and get in touch with them.

I have highlighted all the areas where I need your signature. After you sign the package please put it back in the reusable Fed Ex package and drop in any Fed Ex drop box, the envelope has already been paid for. Thank you and please call me with any questions.

Elmer M. Roldan

Toll free 866.411.3752      direct: 949.777.1650      toll free fax: 866.375.2911

0011 BRANNON



To: John and Gayle,

Based on the information that you have provided to Bridge Capital, we have recommended the following loan for you:

Rate:         7.6.%

Term:         2 yr fixed I.O.

Pay-off's:

| | |
|---|---|
| **LITTON LOANS** | **$79,971.00** |
| **HFC- USA** | **$20,559.00** |
| **CAPITAL ONE** | **$311.00** |
| **CAPITAL ONE** | **$190.00** |
| **CAPITAL ONE** | **$139.00** |
| **CAPITAL ONE** | **$97.00** |
| **HSBC** | **$211.00** |

Total Payoffs:                    $101.554.00

| | | |
|---|---|---|
| Old Payments: | $1.263.00 | |
| **New Payments:** | **$839.00** | **Tax & Ins. Included** |
| **MONTHY SAVINGS** | **$427.00** | |

Additional benefits on this loan include:
.
Payment relief and no mortgage payments for 45-60 days!
Paying down massive amounts of principal by adding extra to minimum payment.
We will show you how your closing costs are tax deductible
Lowering your rate after 12-24 months under the Roll Down Program
Use savings to invest for a better return on your money.
By doing home improvements increases the value of your home which is more equity!

Thank you again for the opportunity to earn your business. You have a team of people dedicated to fund your loan quickly. If you have any questions, please don't hesitate to call. I would be glad to walk through everything with you.

Sincerely
Elmer Roldan
Credit Manager

Toll free 866.411.3752        direct: 949.777.1650        toll free fax: 866.375.2911



**5000 Birch St, Suite 8500, Newport Beach, Ca 92660**

## CONGRATULATIONS!!!

Dear Mr. & Mrs. Brannon my valued customer,

It's Elmer Roldan with Bridge Capital. We are now moving to step two. Please provide me with the following documents that I have requested listed below.

It's real simple how we work, Our goal is to reduce or eliminate high interest credit card debt, preserve and/or rebuild your credit, bring past due accounts current, consolidate bills into one low monthly payment, relieve the pressure of financial strain, Get more cash in hand, and have you living in peace again.

Our exclusive financial management team has assisted thousands of people like you. So, if your feel like your on a treadmill of non-stop interest, and balances don't' seem to drop, then you've come to the right place.   We also provide:

**Greater monthly savings**
**No payment for 30-45 days**
**Tremendous long term savings**
**Convert non-tax deductible debt to a tax benefit status**
**Lower taxable income**
**Accelerate early payoff and term reduction**

Your only out of pocket investment will be the appraisal. **Please fax the following items listed below to my Attn.**
**Elmer Roldan with the number of pages your faxing.**


        If you have any questions please don't hesitate to call or e-mail. Thank
You for allowing me to earn your valued business!

"If it can be done today...Don't put it off until tomorrow"

Elmer Roldan
Credit Manager
(866) 411-3752 Ext. 1650.
(949)-777-1650 Direct Phone
(866) 375-2911 Fax
elmer@bridgecapcorp.com




Toll free 866.411.3752          direct: 949.777.1650          toll free fax: 866.375.2911

**David Brannon**

**EXHIBIT 7**

| | |
|---|---|
| **From:** | "David Brannon" <davidgayle77@comcast.net> |
| **To:** | "Elmer Roldan" <elmer@bridgecapcorp.com> |
| **Sent:** | Monday, October 03, 2005 2:08 PM |
| **Subject:** | Appraisal |

I am requesting a copy of my appraisal. I would like to have a copy for my records.

Thank you

David Brannon

*finally Received 11-21-05*

11/22/2005

0004 BRANNON

**EXHIBIT 8**

## David Brannon

| | |
|---|---|
| **From:** | "David Brannon" <davidgayle77@comcast.net> |
| **To:** | "Elmer Roldan" <elmer@bridgecapcorp.com> |
| **Sent:** | Friday, November 11, 2005 8:25 AM |
| **Attach:** | 11-11-2005 08;15;07AM.jpg; 11-11-2005 08;19;05AM.jpg |
| **Subject:** | REWRITING DOCS |

You know what we agreed on: 7.50%, payments of $866.00, including taxes and insurance, and between $6,000 to $7,000 cash out. I need the docs to read as we agreed, and I want to close Monday afternoon or no later than Tuesday afternoon. (NO MORE DELAYS) we have been delayed enough, and I know you know this, and I am expecting your help with this.

Thank you,

David Brannon

11/22/2005

0008 BRANNON

# EXHIBIT 9

**David Brannon**

| | |
|---|---|
| **From:** | "JJ McAfee" <jmcafee@rfalending.com> |
| **To:** | <davidgayle77@comcast.net> |
| **Sent:** | Monday, November 21, 2005 6:58 PM |
| **Attach:** | image002.jpg; Brannon RFA.pdf |
| **Subject:** | FW: brannon appraisal |

Mr. Brannon:

Attached is the appraisal that you requested.  I apologize for all the inconvenience that you received through this process.  Please let me know first thing in the morning if your funds are not in your account.  Also, you should have the letter at some point today or tomorrow as well, already signed it and asked Donald to get it to you ASAP.  Let me know if you do not receive that either.

Please be assured that I will investigate further into the situation and make sure that everyone is held accountable for their actions.  I will speak with you tomorrow.

Earnestly,

JJ McAfee
Retail Manager
Residential Finance America
Direct Phone - 949-777-1690
Toll Free      - 866-411-3752 X 1690
Direct Fax   - 949-777-1691
Toll Free      - 866-375-2911





11/22/2005

0005 BRANNON

## David Brannon

**From:**    "David Brannon" <davidgayle77@comcast.net>
**To:**      "Elmer Roldan" <elmer@rfanewport.com>
**Sent:**    Monday, November 21, 2005 6:56 PM
**Subject:** Re: letter

The appraisal went through fine but the letter did not. Something is wrong
with your reader. Just mail it, if I do not receive it in 4 days, you know
I'll call. And by the way, You left, and keep my check in your computer
without sending it to escrow.  Still trying to delay it, what did I do to
you that you have to make such a statement?
----- Original Message -----
From: "Elmer Roldan" <elmer@rfanewport.com>
To: <davidgayle77@comcast.net>
Sent: Monday, November 21, 2005 6:36 PM
Subject: letter


> I hope it opens up this time.  Thanks David.. Also attached is the
> appraisal.  Please call me if you have any questions regarding the
> appraisal
> or letter.
>
> Sincerely,
>
> Elmer
>
> -----Original Message-----
> From: VoiceMail [mailto:voicemail@telepacific.com]
> Sent: Monday, November 21, 2005 2:19 PM
> To: elmer@bridgecapcorp.com
> Subject: Fax Received and Stored
>
> You received a 1 page fax on Mon Nov 21 14:17:05 2005 from 9499559072.
> This fax was stored in your mailbox.
>
> Your Personal Assistant has attached a copy below:
>
>

11/22/2005

0003 BRANNON

Elmer Roldan
Account Manager
elmer@rfanewport.com

**EXHIBIT 10**

## RFA
### ResidentialFinanceAmerica
www.rfanewport.com

1301 Dove Street, Suite 370
Newport Beach, CA 92660

P: 866-411-3752 x 1650
D: 949-777-1650
F: 949-777-1678



**CONSUMER HANDBOOK ON ADJUSTABLE RATE MORTGAGES**

Federal Reserve Board
Office of Thrift Supervision



# BUYING YOUR HOME
### Settlement Costs and Helpful Information

A HUD GUIDE

0002 BRANNON

**EXHIBIT 11**

# Dana Capital Group

## Borrower Certification and Authorization To Release Information

5000 Birch St. Suite 8500, Newport Beach, CA 92660

Certification

The undersigned hereby certify to the following:

1. I/We have applied for a mortgage loan from the above referenced lender. In applying for the loan, I/we completed a loan application containing various information concerning the purpose of the loan, the amount and source of the down-payment (if applicable), employment and income information, and assets and liabilities. I/We certify that all of the information provided therein is true and complete. I/We made no misrepresentations in the loan application or other documents, nor did I/We omit any pertinent information.

2. I/We understand and agree that the lender referenced above reserves the right to process a full documentation mortgage loan review. This may include verifying the information provided on the application with the employer and/or the financial institution (s) listed therein.

3. I/We Fully understand that it is a Federal crime punishable by fine or imprisonment, or both to knowingly make any false statements when applying for this mortgage, as applicable under the provisions of Title 18, United States Code, Section 1014.

Authorization to Release Information

To Whom It May Concern:

1. I/We have applied for a mortgage loan from the Lender referenced above. As part of the application process, said Lender may verify information contained in my/our loan application and in other documents required in connection with the loan, either before the loan is closed or as part of its quality control program.

2. I/We authorize you to provide to said Lender and to any investor who may purchase my mortgage, and the mortgage-guaranty insurer (if any), any and all information and/or documentation that they might reasonably request. Such information includes but is not limited to, employment history and income, bank, money market and similar account balances, credit history, and copies of income tax returns.

3. Said Lender or any investor that purchases the mortgage may address this Authorization to any party named in the loan application.

4. A copy of this authorization, including a facsimile transmission, may be accepted as an original.

5. Your prompt reply to said lender or the investor that purchased your mortgage is appreciated.

Borrower: _John D Brannon_ SSN: _419 -78- 8910_

Co-Borrower: _Tolana A Sea_ SSN: _421 - 92- 6153_

Fax the forms back to 949-955-9072-Attn. Elmer Roldan .

0041 BRANNON

# DANA CAPITAL GROUP

5000 Birch St. Suite 8500, Newport Beach, CA 92660

### NOTICE TO THE HOME LOAN APPLICANT
### (USE OF CREDIT SCORE)

In connection with your application for a home loan, the lender must disclose to you the score that a credit bureau distributed to users and the lender used in connection with you home loan, and the key factors affecting your credit scores. The credit score is a computer generated summary calculated at the time of the request and based on information a credit bureau or lender has on file. The scores are based on data about your credit history and payment patterns. Credit scores are important because they are used to assist the lender in determining whether you will obtain a loan. They may also be used to determine what interest rate you may be offered on the mortgage. Credit scores can change over time, depending on your conduct, how your credit history and payment patterns change, and how credit scoring technologies change.

Because the score is based on information in your credit history, it is very important that you review the credit-related information that is being furnished to make sure it is accurate. Credit records may vary from one company to another.

If you have questions about your score or the credit information that is furnished to you, contact the Credit bureau at the address and telephone number provided with this notice, or contact the lender, if the lender developed or generated the credit score. The credit bureau plays no part in the decision to take any action on the loan application and is unable to provide you with specific reasons for the decision on a loan application.

If you have questions concerning the terms of the loan, contact the lender. The credit bureau who supplied a credit score about you is:

Bureaus

| Experian (TRW) | Trans Union | Equifax |
|---|---|---|
| PO Box 949 | 760 W. Sproul Rd, PO Box 390 | PO Box 740241 |
| Allen, TX 75013 | Springfield, PA 19064-0390 | Atlanta, CA 30374-0241 |
| (888) 397 – 3742 | (800) 916-8800 | (800) 685-1111 |
| www.experian.com | www.transunion.com | www.equifax.com |

Elmer Roldan
Sr. Loan Officer
(866) 411-3752  Toll Free Ext. 1650
(866) 375-2911  Toll Free Fax
**(949) 777-1680 Direct fax line**

_____    _____
Borrower                          Co-Borrower

0010 BRANNON

# DANA CAPITAL GROUP

### Privacy Policy

We collect nonpublic personal information about you from the following sources:

- Information we receive from you in applications and other forms;
- Information about your transactions with us, our affiliates, or others; and
- Information we receive from a consumer reporting agency.

We do not disclose any nonpublic personal information about our customers or former customers to anyone, except as permitted by law.

We restrict access to nonpublic personal information about you to those employees who need to know that information to provide products or services to you. We maintain physical, electronic, and procedural safeguards that comply with federal regulations to guard your nonpublic personal information.

Bridge Capital
5000 Birch St. Suite 8500
Newport Beach, CA 92660
Elmer M. Roldan
Sr. Loan Officer
(866) 411-3752 Ext 1650
(949) 955-9072 Fax

Borrower: _____ Co-Borrower: _____

| A.  U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT<br>SETTLEMENT STATEMENT | | B. TYPE OF LOAN | OMB No. 2502-0265 |
|---|---|---|---|

| | |
|---|---|
| 1. ☐ FHA | 2. ☐ FHMA | 3. ☒ CONV. UNINS. |
| 4. ☐ VA | 5. ☐ CONV. INS. |

**6. FILE NUMBER:** CM05-4143-KC    **7. LOAN NUMBER:** 0042301754

**8. MORTGAGE INS. CASE NO.:**

# EXHIBIT 12

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

**D. NAME & ADDRESS OF BORROWER:**   John David Brannon and Teresa Gayle Brannon
909 Deborah Street, Dothan, AL 36301

**E. NAME & ADDRESS OF SELLER:**

**F. NAME & ADDRESS OF LENDER:**   Finance America
16802 Aston Street, Irvine, CA 92606

**G. PROPERTY LOCATION:**   909 Deborah Street, Dothan, AL 36301

**H. SETTLEMENT AGENT:**   Tiempo Escrow II
PLACE OF SETTLEMENT: 940 South Coast Drive, #200, Costa Mesa, CA. 92626 (714) 545-7800

**I.  SETTLEMENT DATE:**   11/18/2005   Final          **DISBURSEMENT DATE:**   11/22/2005

| J.  Summary of Borrower's Transaction | | K.  Summary of Seller's Transaction | |
|---|---|---|---|
| **100. Gross Amount Due From Borrower:** | | **400. Gross Amount Due To Seller:** | |
| 101. Contract sales price | | 401. Contract sales price | |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower: (line 1400) | 11,340.80 | 403. | |
| 104. Property Tax | 161.18 | 404. | |
| 105. Payoff To Litton Loans | 83,800.52 | 405. | |
| Payoff To Hfc-Usa | 21,642.73 | | |
| | | | |
| | | | |
| | | | |
| **Adjustments For Items Paid By Seller In Advance:** | | **Adjustments For Items Paid By Seller In Advance:** | |
| 106. City/town taxes          to | | 406. City/town taxes          to | |
| 107. County taxes          to | | 407. County taxes          to | |
| 108. Assessments          to | | 408. Assessments          to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 113. | | 413. | |
| 114. | | 414. | |
| 115. | | 415. | |
| 116. | | 416. | |
| **120. Gross Amount Due From Borrower:** | 116,945.23 | **420. Gross Amount Due To Seller:** | |
| **200. Amounts Paid By Or In Behalf Of Borrower:** | | **500. Reductions In Amount Due To Seller:** | |
| 201. Deposit or earnest money | | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | 117,470.00 | 502. Settlement charges to seller (line 1400) | |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff 1st Mtg. Ln. | |
| 205. | | 505. Payoff 2nd Mtg. Ln. | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| | | | |
| | | | |
| **Adjustments For Items Unpaid By Seller:** | | **Adjustments For Items Unpaid By Seller:** | |
| 210. City/town taxes          to | | 510. City/town taxes          to | |
| 211. County taxes          to | | 511. County taxes          to | |
| 212. Assessments          to | | 512. Assessments          to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. Total Paid By/For Borrower:** | 117,470.00 | **520. Total Reductions In Amount Due Seller:** | |
| **300. Cash At Settlement From/To Borrower:** | | **600. Cash At Settlement From/To Seller:** | |
| 301. Gross amount due from borrower (line 120) | 116,945.23 | 601. Gross amount due to seller (line 420) | |
| 302. Less amount paid by/for borrower (line 220) | 117,470.00 | 602. Less reductions in amount due seller (line 520) | |
| **303. Cash (☐FROM) (☒TO)  Borrower:** | 524.77 | **603. Cash (☐TO) (☐FROM) Seller:** | 0.00 |

Previous Edition Is Obsolete
Form No. 1581
3/86

SB-4-3538-000-1
HUD-1 (3-86)
RESPA, HB 4305.2

0018 BRANNON

| 700. Total Sales/Broker's Commission | SETTLEMENT CHARGES | Escrow: CM06-4143 KG | | |
|---|---|---|---|---|
| Based On Price $ | @ % = | | Paid From Borrower's Funds At Settlement | Paid From Seller's Funds At Settlement |

**Division of Commission (line 700) As Follows:**

| | | | |
|---|---|---|---|
| 701. $ | to | | |
| 702. $ | to | | |
| 703. Commission paid at settlement | | | |
| 704. | | | |

**800. Items Payable In Connection With Loan:**

| | Paid From Borrower's Funds At Settlement | Paid From Seller's Funds At Settlement |
|---|---|---|
| 801. Loan Origination fee % Dana Capital Group, Inc. | 3,500.00 | |
| 802. Loan Discount % | | |
| 803. Appraisal fee to: Appraiser POC $325.00 | | |
| 804. Credit report to: Dana Capital Group, Inc. | 20.00 | |
| 805. Lender's inspection fee | | |
| 806. Mortgage insurance application fee to | | |
| 807. Assumption fee | | |
| 808. Processing Fee To: Dana Capital Group, Inc. | 695.00 | |
| 809. Broker Administration Fee To: Dana Capital Group, Inc. | 495.00 | |
| 810. Yield Spread Premium To: Dana Capital Group, Inc. POC $1,174.70 | | |
| 811. Flood Determination To: Finance America | 27.00 | |
| 812. Document Preparation To: Finance America | 200.00 | |
| 813. Lenders Fee To: Finance America | 695.00 | |
| 814. Tax Registration To: Finance America | 62.00 | |
| 815. | | |
| 816. | | |

**900. Items Required By Lender To Be Paid In Advance:**

| | Borrower | Seller |
|---|---|---|
| 901. Interest from 11/18/2005 to 12/01/2005 @$ 30.1000 /day | 391.30 | |
| 902. Mortgage insurance premium for mo. to | | |
| 903. Hazard insurance premium for yrs. to | | |
| 904. Flood insurance premium for yrs. to | | |
| 905. | | |
| 906. | | |

**1000. Reserves Deposited With Lender:**

| | Borrower | Seller |
|---|---|---|
| 1001. Hazard insurance 6 months @ $ 148.00 per month | 888.00 | |
| 1002. Mortgage insurance months @ $ per month | | |
| 1003. City property taxes months @ $ per month | | |
| 1004. County property taxes 4 months @ $ 13.28 per month | 53.12 | |
| 1005. Annual assessments months @ $ per month | | |
| 1006. Flood insurance months @ $ per month | | |
| 1007. months @ $ per month | | |
| 1008. Aggregate Adjustment | (132.80) | |
| 1009. | | |

**1100. Title Charges**

| | Borrower | Seller |
|---|---|---|
| 1101. Settlement or closing fee to Tiempo Escrow II | 495.00 | |
| 1102. Escrow Fee: $495.00 | | |
| 1103. Title examination to | | |
| 1104. Title insurance binder to | | |
| 1105. Document preparation to Tiempo Escrow II | 50.00 | |
| 1106. Notary fees to | | |
| 1107. Attorney's fees to | | |
| (includes above item Numbers: ) | | |
| 1108. Title insurance to Alliance Title Company | | |
| (includes above item Numbers: ) | 457.00 | |
| 1109. Lender's coverage $ 117,470.00 Premium: $457.00 | | |
| 1110. Owner's coverage $ | | |
| 1111. Messenger Fee to Alliance Title Company | 93.84 | |
| 1112. Wire/Express to Alliance Title Company | 30.00 | |
| 1113. Mortgage Tax to Alliance Title Company | 176.25 | |
| 1114. Exhibit "C" Attached Hereto | 420.00 | |

**1200. Government Recording and Transfer Charges:**

| | Borrower | Seller |
|---|---|---|
| 1201. Recording fees: Deed $ :Mortgage $ 400.25 :Releases $ | 400.25 | |
| 1202. City/county tax/stamps: Deed $ :Mortgage $ | | |
| 1203. State tax/Stamps: Deed $ :Mortgage $ | | |
| 1204. | | |
| 1205. | | |

**1300. Additional Settlement Charges:**

| | Borrower | Seller |
|---|---|---|
| 1301. Survey to | | |
| 1302. Pest inspection to | | |
| 1303. Hazard Insurance to Foremost Insurance Agency | 498.84 | |
| 1304. Funds Held At Close to Tiempo Escrow II | 250.00 | |
| 1305. Notary Fee to Loan Closers.com | 150.00 | |
| 1306. Creditor Payment to *Cb Asso 0f Thomasvil* | 461.00 | |
| 1307. Creditor Payment to *Capital 1 Bk* | 308.00 | |
| 1308. Creditor Payment to *Hsbc Nv* | 287.00 | |
| 1309. Creditor Payment to *Capital 1 Bk* | 190.00 | |
| 1310. Creditor Payment to *Capital 1 Bk* | 137.00 | |
| 1311. Creditor Payment to *Dell Fncl* | 43.00 | |
| 1312. | | |
| 1313. | | |
| **1400. Total Settlement Charge** (Enter on line 103, Section J - and - line 502, Section K) | 11,340.80 | |

Form No. 1582         Page 2 of 2         SB-4-3538-000-1

0019 BRANNON