IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JOHN DAVID BRANNON and | ) | |
| TERESA GAYLE BRANNON, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FINANCE AMERICA, LLC; | ) | Civil Action No.: 1:06CV996 |
| MHT | ) | |
| BNC MORTGAGE, INC.; | ) | |
| LEHMAN BROTHERS BANK, FSB; | ) | |
| LEHMAN BROTHERS HOLDINGS, INC.; | ) | |
| DANA CAPITAL GROUP, INC.; | ) | |
| BRIDGE CAPITAL CORPORATION; | ) | |
| RESIDENTIAL FINANCE AMERICA, LLC | ) | |
| a/k/a RFA, LLC; and TIEMPO ESCROW II,) | | |
| | ) | |
| Defendants. | ) | |

## CORPORATE/CONFLICT DISCLOSURE STATEMENT

In accordance with the order of this Court, the undersigned party or parties to the above-captioned matter do hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐　　There are no entities to be reported.

- or -

The following entities are hereby reported:

Non-Party Aurora Loan Services LLC is subsidiary
company of Defendant Lehman Brothers Bank, FSB

3/6/07

Date

_Llindi Tolisa_

Counsel Signature

Finance America, BNC Mortgage, Inc.,
Lehman Brothers Bank, FSB, Lehman
Brothers Holdings, Inc.
Counsel for (print names of all parties)

105 Tallapoosa Street, Ste. 101
Montgomery, AL 36104
Address, City, State Zip Code

(334) 396-8882
Telephone Number

F:\BNC Mortgage\Brannon\Pleadings\Corporate Disclosure Statement.wpd