**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **JOHN DAVID BRANNON and** | ) | |
| **TERESA GAYLE BRANNON,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **CV 1:06CV996 MHT** |
| | ) | |
| **FINANCE AMERICA, LLC, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## CORPORATE/CONFLICT DISCLOSURE STATEMENT

In accordance with the order of this Court, the undersigned party or parties to the above-captioned matter do hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☒        There are no entities to be reported.

-or –

The following entities are hereby reported:

Respectfully submitted,

/s/Wilson F. Green
Wilson F. Green ASB-8293-E61W
Attorneys for Dana Capital Group, Inc.

**OF COUNSEL:**
**BATTLE FLEENOR GREEN
  WINN & CLEMMER LLP**
The Financial Center
505 North 20th Street, Suite 1150
Birmingham, Alabama 35203
Telephone: (205) 397-8160
Fax: (205) 397-8179
Email:  wgreen@bfgwc.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2007, I electronically filed the foregoing with the Clerk

of the Court which will send notification of such filing to the following:

Robert E. Kirby, Jr.
**Smith, Hanson & Kirby, LLC**
4401 Gary Avenue
Fairfield, Alabama 35064
kirbylaw@charter.net

Mindi C. Robinson
**Slaten & O'Connor, P.C.**
Winter-Loeb Building, Suite 101
105 Tallapoosa Street
Montgomery, AL 36104
(334) 396-8882 (P)
(334) 396-8880 (F)
mrobinson@slatenlaw.com

Joel W. Weatherford
Russell N. Parrish
**Farmer, Price, Hornsby & Weatherford, L.L.P.**
P.O. Box 2228
Dothan, Alabama 36302
jweatherford@fphw-law.com
rparrish@fphw-law.com

And, I hereby certify that I have mailed by United States Postal Service the document to

the following non-CM/ECF participants: NONE

/s/Wilson F. Green
OF COUNSEL