# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| JOHN DAVID BRANNON and<br>TERESA GAYLE BRANNON,<br><br>  Plaintiffs,<br><br>v.<br><br>FINANCE AMERICA, LLC;<br>BNC MORTGAGE, INC.;<br>LEHMAN BROTHERS BANK, FSB;<br>LEHMAN BROTHERS HOLDINGS, INC.;<br>DANA CAPITAL GROUP, INC.;<br>BRIDGE CAPITAL CORPORATION;<br>RESIDENTIAL FINANCE AMERICA, LLC<br>a/k/a RFA, LLC; and TIEMPO ESCROW II,<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.:<br>) 1:06CV996 MHT<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CORPORATE/CONFLICT DISCLOSURE STATEMENT

In accordance with the order of this Court, the undersigned party or parties to the above-captioned matter do hereby make the following disclosure concerning parent companies, subsidiaries, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐   There are no entities to be reported.

-or-

The following entities are hereby reported:

Non-party Bridge Capital Leasing was a subsidiary of Bridge Capital Corporation.  It has just recently been sold.

<u>March 28, 2007</u>  /s/ Joel W. Weatherford
Date  Counsel Signature

Counsel for Bridge Capital Corporation

Farmer, Price, Hornsby &  Weatherford, L.L.P.
100 Adris Place
Dothan, Alabama 36303
(334) 793-2424
(334) 793-6624 facsimile
jweatherford@fphw-law.com


**CERTIFICATE OF SERVICE**

 I hereby certify that on March 28, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:


**Counsel of Record**:

Mindi C. Robinson, Esq.
SLATEN & O'CONNOR, P.C.
Winter-Loeb Building, Suite 101
105 Tallapoosa Street
Montgomery, AL 36104
mrobinson@slatenlaw.com

Wilson F. Green, Esq.
Battle Fleenor Green Winn & Clemmer, LLP
The Financial Center
505 North 20th Street, Suite 1150
Birmingham, AL 35203
wgreen@bfgwc.com

Robert E. Kirby, Jr., Esq.
The Kirby Law Firm
Post Office Box 606
Columbiana, AL 35051
bkirby@bkirbylaw.com


 /s/ Joel W. Weatherford
 Of Counsel