IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOHN DAVID BRANNON and TERESA GAYLE BRANNON, ) ) ) **Plaintiffs**, ) ) v. ) ) FINANCE AMERICA, LLC; ) BNC MORTGAGE, INC.; ) LEHMAN BROTHERS BANK, FSB; ) LEHMAN BROTHERS HOLDINGS, INC.; ) DANA CAPITAL GROUP, INC.; ) BRIDGE CAPITAL CORPORATION; ) RESIDENTIAL FINANCE AMERICA, LLC ) a/k/a RFA, LLC; and TIEMPO ESCROW II, ) ) **Defendants**. ) | Civil Action No.: 1:06CV996 MHT |

## MOTION TO WITHDRAW

COMES NOW Joel W. Weatherford, Russell N. Parrish and the firm of Farmer, Price, Hornsby & Weatherford, L.L.P. and moves this honorable court to withdraw their appearance as counsel for the defendant, Bridge Capital Corporation, in the above-styled cause and as grounds therefore shows to the court as follows:

1.  That Bridge Capital has no longer retained said attorneys to represent it in this matter.

Respectfully submitted this the 11th day of June, 2007.

*/s/Joel W. Weatherford*
Joel W. Weatherford (WEA011)
Attorney for Defendant,
Bridge Capital Corporation

*/s/ Russell N. Parrish*
Russell N. Parrish
Attorney of Defendant,
Bridge Capital Corporation

OF COUNSEL:

Farmer, Price, Hornsby & Weatherford, L.L.P.
Post Office Drawer 2228
Dothan, AL 36302
(334) 793-2424
(334) 793-6624 Facsimile
jweatherford@fphw-law.com
rparrish@fphw-law.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 11, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Counsel of Record**:

Mindi C. Robinson, Esq.
SLATEN & O'CONNOR, P.C.
Winter-Loeb Building, Suite 101
105 Tallapoosa Street
Montgomery, AL 36104
mrobinson@slatenlaw.com

Wilson F. Green, Esq.
Battle Fleenor Green Winn & Clemmer, LLP
The Financial Center
505 North 20th Street, Suite 1150
Birmingham, AL 35203
wgreen@bfgwc.com

Robert E. Kirby, Jr., Esq.
The Kirby Law Firm
Post Office Box 606
Columbiana, AL 35051
bkirby@bkirbylaw.com


                                            */s/ Joel W. Weatherford*
                                            Of Counsel