IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| JOHN DAVID BRANNON and TERESA GAIL BRANNON, )<br>)<br>    Plaintiffs, )<br>)<br>    v. )<br>)<br>FINANCE AMERICA, LLC, et al., )<br>)<br>    Defendants. ) | CIVIL ACTION NO.<br>1:06cv996-MHT |

ORDER

It is ORDERED that the motion to withdraw (doc. no. 24) is granted.

DONE, this the 11th day of June, 2007.

　　　　　　　　　　　　　／s/ Myron H. Thompson　
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE