# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| JOHN DAVID BRANNON and TERESA GAYLE BRANNON, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| FINANCE AMERICA, LLC; BNC MORTGAGE, INC.; LEHMAN BROTHERS BANK, FSB; LEHMAN BROTHERS HOLDINGS, INC.; DANA CAPITAL GROUP, INC.; BRIDGE CAPITAL CORPORATION; RESIDENTIAL FINANCE AMERICA, LLC a/k/a RFA, LLC; and TIEMPO ESCROW II, | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

Civil Action No.: 1:06CV996 MHT

## MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT DANA CAPITAL GROUP, INC.

**COMES NOW** the law firm of Battle Fleenor Green Winn & Clemmer LLP ("Counsel"), counsel for Defendant Dana Capital Group, Inc. ("Dana"), and moves the Court for an Order allowing its withdrawal as counsel for Dana. The grounds for this Motion are as follows:

1. Counsel was hired to represent Dana in this matter through a former Dana employee. That person had previously worked with Counsel in the course of representation of another mortgage entity while that person was employed by that other entity.

2. In late April 2007, counsel received notification from its client contact at Dana that she was leaving the company. She gave Counsel instructions as to who would be the contact person within Dana for the handling of this matter. Counsel sent that new contact person an introductory email, and a bill for services (which remains unpaid), but never received a response.

3. On July 13, 2007, having heard nothing from the new client contact, Counsel

attempted to contact the new client contact again by email. This email was returned as undeliverable. Counsel then tried calling the new client contact at the phone numbers provided by Counsel's previous contact; those phone numbers have been disconnected. Counsel then tried visiting Dana's website (which had previously been operational), but it has apparently been taken down. Counsel then researched Dana on the internet (through the Google search engine), and thereupon saw notifications from several state banking departments that Dana had ceased operations nationwide as of April 30, 2007.

4. After learning of this information, Counsel obtained the identity of Dana's registered agent for service from the California Secretary of State. Counsel then wrote Dana's registered agent about the matter on July 13, and notified the registered agent of Dana that if no response was made within seven (7) days, Counsel would seek withdrawal from the case. Counsel sent a draft version of this Motion to Dana's Registered Agent along with the letter.

5. Counsel has received no response to his letter of July 13. At this juncture, therefore, Counsel has no way of communicating with Dana and therefore is unable to represent Dana.

WHEREFORE, Counsel requests that the Court allow it to withdraw as Counsel for Dana.

Respectfully submitted,


/s/Wilson F. Green
Wilson F. Green (ASB-8293-E61W)

**OF COUNSEL:**
**BATTLE FLEENOR GREEN WINN & CLEMMER LLP**
1150 Financial Center
505 N. 20th Street
Birmingham, Alabama 35203
Telephone:  (205) 397-8160
Direct Telephone: (205) 397-8163
Facsimile:   (205) 397-8179
Email:  wgreen@bfgwc.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served on the following counsel of record by directing same to their office addresses through the Court's ECF system on this the 24th day of July, 2007.

                                                             **/s/ Wilson F. Green**
                                                             OF COUNSEL