IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| JOHN DAVID BRANNON and<br>TERESA GAIL BRANNON,<br><br>    Plaintiffs,<br><br>    v.<br><br>FINANCE AMERICA, LLC,<br>et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)  CIVIL ACTION NO.<br>)    1:06cv996-MHT<br>)<br>)<br>)<br>)<br>) |

ORDER

It is ORDERED that the motion to withdraw (doc. no. 26) is granted.

DONE, this the 24th day of July, 2007.

                       /s/ Myron H. Thompson
                  UNITED STATES DISTRICT JUDGE