IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOHN DAVID BRANNON and<br>TERESA GAYLE BRANNON,<br><br>    Plaintiffs,<br><br>v.<br><br>FINANCE AMERICA, LLC;<br>BNC MORTGAGE, INC.;<br>LEHMAN BROTHERS BANK, FSB;<br>LEHMAN BROTHERS HOLDINGS, INC.;<br>DANA CAPITAL GROUP, INC.;<br>BRIDGE CAPITAL CORPORATION;<br>RESIDENTIAL FINANCE AMERICA, LLC<br>a/k/a RFA, LLC; and TIEMPO ESCROW II,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CASE No.: 1:06CV996 MHT<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT MOTION FOR CONTINUANCE AND
EXTENSION OF DEADLINES**

**COME NOW** the Plaintiffs, John David Brannon and Teresa Gayle Brannon, and

Defendants Finance America, LLC, BNC Mortgage, Inc., Lehman Brothers Bank, FSB,

Lehman Brothers Holdings, Inc., (hereinafter collectively the "Lender Defendants"), but

without the participation of the other named Defendants herein,[1] including Defendant Bridge

_____

[1] The Parties hereto agree that Defendant Dana Capital Group is no longer a viable entity, is at this point closed for business, no longer participating in defense of this action or represented by counsel, and thus is not a signatory to this joint motion. Defendant Tiempo Escrow II was served with the Complaint and has reached a tentative protanto settlement with Plaintiffs pending payment of settlement proceeds. Tiempo is therefore not a signatory to this agreement. Plaintiffs have been unable to perfect service of the Complaint upon Defendant Residential Finance America, LLC, a/k/a RFA,

Capital Corporation who initially appeared in this litigation but failed to respond to counsel's efforts to secure cooperation or assent for this submission.[2]  The undersigned counsel for the Plaintiffs and the Lender Defendants jointly move this Court for an order continuing this case from its current trial setting for the term of January 28, 2008, and for a commensurate extension of scheduling order deadlines, including the pre-trial conference set for December 20, 2007.  As grounds for this motion the parties to this motion show unto the Court as follows:

1.    The Plaintiffs' Complaint in this case asserts numerous causes of action against the Defendants collectively, all of which arise out of and relate to a residential mortgage refinance loan obtained by the Plaintiffs from Finance America, LLC, in or around November, 2005.  The Complaint asserts causes of action arising out of the Plaintiffs' communications with a mortgage broker who was purportedly working on behalf of either Dana Capital or Bridge Capital Corporation to assist Plaintiffs in securing of a refinance loan; as well as alleged acts or omissions of Defendants relative to the closing of the loan, the origination of the loan, and the subsequent handling of the loan post-origination.

---

LLC, and this Defendant has not appeared in the litigation.

[2] Defendant Bridge Capital Corporation initially appeared in this litigation through counsel by filing a 12(b)(6) Motion to Dismiss.  Following the Court's denial of Bridge's motion, its counsel of record withdrew from the litigation and Bridge has not actively participated in the litigation since that time even though, upon information and belief, Bridge remains a viable entity. The undersigned counsel for Plaintiffs and the Lender Defendants invited and requested Bridge to join, comment or otherwise participate in the submission of this motion, but Bridge has failed or refused to respond.

2.      As set forth above and in footnote 1, the Parties participating in submission

of this motion are, upon the best information and belief of the participating parties, the only

remaining viable entities in this litigation, with the exception of Defendant Bridge Capital

(see footnote 2).

3.      As of the date of this submission, the Plaintiffs and four of the primary

Defendants, Finance America, LLC, BNC Mortgage, Lehman Brothers Bank, FSB, and

Lehman Brothers Holdings, Inc., (hereinafter referred to collectively as the "Lender

Defendants"), have engaged in extensive negotiations toward a resolution of this matter as

between these parties.

4.      In fact, the Plaintiffs and the Lender Defendants, as of the date of this

submission, have arrived at an agreement, in principle, for settlement  of the Plaintiffs'

claims as against the Lender Defendants.  However, the proposed settlement is contingent

upon various factors beyond the parties' control, which at this time include primarily the

Plaintiffs' efforts to secure a contract for sale of the residence which is the subject of the

Finance America loan in question.

5.      Additionally, Plaintiff Teresa Gayle Brannon is currently in Chapter 13

Bankruptcy, and any potential sale of the property at issue by the Plaintiffs must first be

confirmed and approved by the Bankruptcy Court in order to proceed.

6.      The Plaintiffs have worked diligently to secure a sales contract on the

residence, and in fact the Plaintiffs and the Lender were hopeful a sales contract could be

obtained to facilitate settlement under the terms agreed upon prior to this Court's originally-imposed deadlines. However, due to residential property market conditions beyond the control of the Parties, it has taken longer than the Parties would have liked to secure a contract for  sale of the property, necessary to facilitate the settlement between these parties.

7.    The Parties hereto jointly represent to the Court that it is expected that the agreement in principle for settlement of the claims of Plaintiffs against the Lender Defendants can be finalized and confirmed upon the Plaintiffs' securing a contract for sale of their residence.

8.    The Plaintiffs and the Lender Defendants therefore jointly move this Court for a continuance of the current January, 2008 trial setting and a commensurate extension of all scheduling order deadlines to permit the Plaintiffs and the Lender Defendants an opportunity to continue their efforts to secure a means for concluding this matter through settlement, as agreed between these Parties in principle.

9.    Based upon the foregoing information and representations of the Plaintiffs and the Lender Defendants, the Parties to this motion agree that neither the Plaintiffs nor the Lender Defendants will be prejudiced by a trial continuance and extension of deadlines and in fact, such a trial continuance and extension of deadlines will be in the best interest of these parties by facilitating resolution of this matter through settlement.

**WHEREFORE**, premises considered, the Plaintiffs John David Brannon and Teresa

Gayle Brannon and the Defendants Finance America, LLC, BNC Mortgage, Lehman Brothers Bank, FSB, Lehman Brothers Holdings, Inc., and Bridge Capital Corporation jointly move this Court for a continuance of the current trial setting of January 28, 2008, and for a commensurate extension of all scheduling order deadlines to facilitate the Parties' ongoing good faith efforts to resolve this matter through settlement.

Respectfully submitted this the 3rd day of December, 2007 by:

/s/ ROBERT E. KIRBY, JR.
**Attorney for Plaintiffs**
**John David and Teresa Gayle Brannon**

**OF COUNSEL:**
**THE KIRBY LAW FIRM**
P.O. Box 606
Columbiana, Alabama 35051
(205) 669-5282 - PHONE
(205) 669-5351 - FAX
bkirby@bkirbylaw.com

/s/ MINDI C. ROBINSON
**Attorney for Lender Defendants**
**Finance America, LLC;**
**BNC Mortgage, Inc.;**
**Lehman Brothers Bank, FSB;**
**Lehman Brothers Holdings, Inc.**

**SLATEN & O'CONNOR, P.C.**
105 Tallapoosa Street
Suite 101
Montgomery, Alabama 36104
(334) 396-8882 - PHONE
(334) 396-8880 - FAX
mrobinson@slatenlaw.com