IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

JOHN DAVID BRANNON and         )
TERESA GAIL BRANNON,           )
                               )
    Plaintiffs,                )
                               )     CIVIL ACTION NO.
    v.                         )       1:06cv996-MHT
                               )
FINANCE AMERICA, LLC,          )
et al.,                        )
                               )
    Defendants.                )

                            ORDER

It is ORDERED that the joint motion for continuance and extension (doc. no. 29) is granted to the extent that the trial of this cause is continued to the term of court beginning on July 21, 2008, in Dothan, Alabama, with all deadlines expressly tied to this date adjusted accordingly.  The pretrial shall, however, remain as set for December 20, 2007, at 10:00 a.m. in Montgomery, Alabama.

    DONE, this the 6th day of December, 2007.

                        /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE