IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOHN DAVID BRANNON and ) <br> TERESA GAYLE BRANNON, ) <br> ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> FINANCE AMERICA, LLC; ) <br> BNC MORTGAGE, INC.; ) <br> LEHMAN BROTHERS BANK, FSB; ) <br> LEHMAN BROTHERS HOLDINGS, INC.; ) <br> DANA CAPITAL GROUP, INC.; ) <br> BRIDGE CAPITAL CORPORATION; ) <br> RESIDENTIAL FINANCE AMERICA, ) <br>  LLC a/k/a RFA, LLC; TIEMPO ESCROW ) <br>  II; ) <br> ) <br>     Defendants. ) | Case No.: 1:06cv996 MHT |

**MOTION FOR DEFAULT JUDGMENT
AGAINST DEFENDANT RESIDENTIAL FINANCE AMERICA, LLC a/k/a RFA, LLC**

**COME NOW** Plaintiffs in the above-styled cause and move this Honorable Court to enter a default judgment against **RESIDENTIAL FINANCE AMERICA, LLC a/k/a RFA, LLC**. As grounds for this motion Plaintiffs state as follows:

    1.    The Summons and Complaint in this matter was served upon **RESIDENTIAL FINANCE AMERICA, LLC a/k/a RFA, LLC** on November 7, 2006, pursuant to the Federal Rules of Civil Procedure.

    2.    Counsel for this Defendant, Joseph E. Mudd, contacted the undersigned in December of 2006 acknowledging receipt of the summons and complaint by his client; and,

requesting a courtesy extension of his client's time to respond to the complaint. An extension of two-weeks was informally granted. *(See letter from Mr. Mudd attached hereto as Exhibit "1")*

    2.    Said Defendant has failed to file any response to said pleadings as of the date of filing of this motion.

**WHEREFORE PREMISES CONSIDERED**, Plaintiffs move the Court to enter a default judgment against **RESIDENTIAL FINANCE AMERICA, LLC a/k/a RFA, LLC** in favor of Plaintiffs, with leave to prove damages.

Respectfully Submitted,

*/s/ Robert E. Kirby, Jr.*
ROBERT E. KIRBY, JR. (KIR013)
Attorney for Plaintiffs
THE KIRBY LAW FIRM
4000 Eagle Point Corporate Drive
Birmingham, AL  35242
Telephone:   (205) 254-0975
Fax:                (205) 314-5799
Email:             bkirby@bkirbylaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

*Counsel of Record*:
Mindi C. Robinson, Esq.         mrobinson@slatenlaw.com

*/s/ Robert E. Kirby, Jr.*

**CERTIFICATE OF SERVICE**

2

I hereby certify that on **December 20, 2007** I also served a paper copy of the foregoing upon the following counsel and defendants who are either: Not registered participants of the CM/ECF system; have not appeared in this case; and/or are unrepresented by counsel; by placing same in the U.S. mail.  As to **RESIDENTIAL FINANCE AMERICA, LLC a/k/a RFA**, this pleading was sent certified return receipt requested postage prepaid:

Joseph E. Mudd
JOSEPH E. MUDD, A PROFESSIONAL LAW CORPORATION
16485 Laguna Canyon Road, Suite 230
Irvine, CA 92618
*(Counsel for RESIDENTIAL FINANCE AMERICA, LLC a/k/a RFA)*

**RESIDENTIAL FINANCE AMERICA, LLC a/k/a RFA**
c/o National Registered Agents, Inc.
150 South Perry Street
Montgomery, AL 36104

**DANA CAPITAL GROUP, INC.**
c/o The Corporation Company
2000 Interstate Park Drive
Montgomery, AL 36109

**BRIDGE CAPITAL CORPORATION**
c/o CT Corporation System
818 West 7th Street
Los Angeles, CA 90017

**TIEMPO ESCROW II**
c/o Steven Ray Garcia, Esq.
 KNAPP, PETERSEN & CLARKE
 500 N. Brand Boulevard, 20th floor
 Glendale, CA 91203-1904
*(Counsel for Tiempo II)*

                                                                    */s/ Robert E. Kirby, Jr.*

# JOSEPH E. MUDD

A PROFESSIONAL LAW CORPORATION

TAX CONTROVERSY
& PLANNING

CORPORATE,
COMMERCIAL &
BUSINESS
TRANSACTIONS

ESTATE PLANNING

JOSEPH E. MUDD, LL.M.
Certified Taxation Specialist
Also Admitted - Montana

BRIAN C. HARPST, LL.M.

December 15, 2006

*Via facsimile and first-class mail*
*(205) 780-8540*

Robert E. Kirby, Jr.
SMITH, HANSON & KIRBY, LLC
4401 Gary Ave.
Fairfield, AL 35064

Re: John David Brannon et al. v. Finance America, LLC et al.

Dear Mr. Kirby:

This office represents Residential Finance America, RFA, LLC, a Wisconsin Corporation in California. They have received a copy of the summons that you served by mail. I would ask that you extend me the courtesy of extending the time to file an answer by two additional weeks so that I can obtain counsel in Alabama for their benefit.

For your information, the particular salesman that your client dealt with, worked for Residential Finance America, LLC when he began to process the loan, however he moved to another employer and took this case with him. It was not closed by RFA, LLC or its affiliates. At the time of closing, my client no longer had any dealing with this matter. I am also examining whether RFA, LLC, recently hit hard by refinance downturn, has assets sufficient to remain in business.

Thank you for your consideration.

Very truly yours,

JOSEPH E. MUDD
Attorney at law

JEM/ds

16485 Laguna Canyon Road
Suite 230
Irvine, CA 92618
(949) 453-
FAX (949) 453-1516

Received Time Dec. 15. 6:25PM

Exhibit "1"