```
     IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

        MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION


JOHN DAVID BRANNON and      )
TERESA GAYLE BRANNON,       )
                            )
     Plaintiffs,            )
                            )      CIVIL ACTION NO.
     v.                     )       1:06cv996-MHT
                            )
FINANCE AMERICA, LLC,       )
et al.,                     )
                            )
     Defendants.            )
```

## ORDER ON PRETRIAL HEARING

A pretrial hearing was held in this case on December 20, 2007, wherein the following proceedings were held and actions were taken:

1.   **PARTIES AND TRIAL COUNSEL**:

Plaintiffs: Robert Kirby, Esq.

Defendants Finance America, LLC, BNC Mortgage, Inc., Lehman Brothers Bank, FSB (LBB), and Lehman Brothers Holdings, Inc. (LBHI): Mindi C. Robinson, Esq.

Defendant Dana Capital Group, Inc.: Not represented by counsel

   Defendant Bridge Capital Corporation: Not represented by counsel

   Defendant RFA, LLC:  Has not appeared, not represented by counsel

   Defendant Tiempo Escrow II: Has not appeared, not represented by counsel


   COUNSEL APPEARING AT PRETRIAL HEARING:

   Robert E. Kirby, Jr., Esq. for Plaintiffs John David and Teresa Gayle Brannon.

   Mindi C. Robinson, Esq. for Finance America LLC, BNC Mortgage, Inc., LBB, and LBHI.


   2.   JURISDICTION AND VENUE:

   The parties participating in this submission to not dispute Jurisdiction and Venue as set forth in Plaintiffs= Complaint, && 10 - 13.

   3.   PLEADINGS: The following pleadings and amendments were allowed:

   Doc. 1   Plaintiffs= Complaint and Jury Demand

   Doc. 8   Answer of Finance America LLC, BNC Mortgage, Inc., Lehman Brothers Bank, FSB, and Lehman Brothers Holdings, Inc.

   Doc. 9   Answer of Dana Capital Group, Inc.

Doc. 19  Answer of Bridge Capital Corporation

4.   CONTENTIONS OF THE PARTIES:

(A) The Plaintiffs:

The Plaintiffs contend that Elmer Roldan, as agent and employee of mortgage loan broker Defendants Dana Capital, Bridge Capital, and Residential Finance America / RFA made affirmative misrepresentations to them in securing and inducing them to enter into a residential refinance loan for their property located at 909 Deborah Street, Dothan, Alabama.  Roldan, on behalf of the ultimate loan broker Dana Capital, secured the loan through lender defendant Finance America, LLC. Plaintiffs contend they discovered at the closing, through closing agent Tiempo Escrow, that the Finance America LLC loan documents contained loan terms that were contradictory to Roldan=s representations, at which point they expressed their intention to Roldan not to proceed. However, acting upon Roldan=s instructions, they proceeded with closing and simultaneously executed the

TILA Right to Cancel form, but forwarded the rescission forms to Tiempo Escrow and Roldan as instructed rather than in strict compliance with the form instructions to return the Right to Cancel to the lender, Finance America. Plaintiffs contend that because they believed the loan to be rescinded, they never made payment; because Roldan had not effectuated the rescission through the lender, however, the loan went into default and foreclosure proceedings initiated, forcing Plaintiff Teresa Brannon to file Chapter 13 Bankruptcy.

Plaintiffs also contend the loan documents of Finance America, LLC (and its successor BNC Mortgage, and subsequent assignee investor LBB and LBHI) violated provisions of TILA, RESPA, FCRA, and ECOA.

(B) The Defendants:

The participating Lender Defendants Finance America, BNC Mortgage, LBB and LBHI (ALender Defendants@), deny liability for alleged misconduct on the part of agent and/or employee of independent mortgage loan brokers, as

he was not acting on behalf of these lender defendants but only in his capacity to represent the brokers for whom he was authorized to act in securing mortgage loan applications.  The Lender Defendants contend that Plaintiffs= own inattention to their interests, as demonstrated by their failure to effectuate the rescission by performing the Right to Cancel in strict compliance with the requirement that the form be returned within 3 days to the Lender Finance America at the address provided, negates liability on the part of the Lender for the failure to rescind the loan.  The Lender Defendants further contend that all loan documents, including pre-closing disclosures, were in compliance with TILA, RESPA, FRCA and ECOA requirements.

    5. <u>**STIPULATIONS BY AND BETWEEN THE PARTIES**</u>:

    It is ORDERED that:

    (1) The jury selection and trial of this cause, which is to last three days, are set for July 21, 2008, at

10:00 a.m. at the United States Courthouse in Dothan, Alabama;

(2) A trial docket will be mailed to counsel for each party approximately two weeks prior to the start of the trial term;

(3) Each party shall have available at the time of trial, for use by the court (the judge, the courtroom deputy clerk, and the law clerk), three copies of the exhibit list and a sufficient number of copies of each photostatically reproducible exhibit for opposing counsel, the courtroom deputy clerk, the law clerk, the jurors, and the judge to each have a set of the exhibits;

(4) Trial briefs are required to be filed by July 16, 2008;

(5) All deadlines not otherwise affected by this order will remain as set forth in the uniform scheduling order (Doc. No. 14) entered by the court on January 10, 2007;

 **(6) All understandings, agreements, deadlines, and stipulations contained in this pretrial order shall be binding on all parties unless this order be hereafter modified by Order of the court.**

 **DONE, this the 20th day of December, 2007.**

         /s/ Myron H. Thompson
        **UNITED STATES DISTRICT JUDGE**