IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
JOHN DAVID BRANNON and      )
TERESA GAIL BRANNON,        )
                            )
     Plaintiffs,            )
                            )       CIVIL ACTION NO.
     v.                     )         1:06cv996-MHT
                            )
FINANCE AMERICA, LLC,       )
et al.,                     )
                            )
     Defendants.            )
```

ORDER

It is ORDERED that defendant Residential Finance America, LLC a/k/a RFA, LLC, show cause, if any there be, in writing by January 11, 2008, as to why plaintiff John David Brannon and Teresa Gayle Brannon's motion for default judgment (Doc. No. 33) should not be granted. Defendant Residential Finance America, LLC, is informed that if it fails to respond within the time allowed, the court will assume that it has no objection to the motion

and will enter default judgment in full as requested in the motion.

DONE, this the 21st day of December, 2007.


    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**