IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOHN DAVID BRANNON and<br>TERESA GAYLE BRANNON,<br><br>　　Plaintiffs,<br><br>v.<br><br>FINANCE AMERICA, LLC;<br>BNC MORTGAGE, INC.;<br>LEHMAN BROTHERS BANK, FSB;<br>LEHMAN BROTHERS HOLDINGS, INC.;<br>DANA CAPITAL GROUP, INC.;<br>BRIDGE CAPITAL CORPORATION;<br>RESIDENTIAL FINANCE AMERICA,<br>LLC a/k/a RFA, LLC; TIEMPO ESCROW<br>II;<br><br>　　Defendants. | Case No.: 1:06cv996 MHT |

**PLAINTIFFS' MOTION TO DISMISS DEFENDANT TIEMPO ESCROW II**

　　**COME NOW** Plaintiffs in the above-styled cause and move this Honorable Court to enter an order of dismissal in favor of **TIEMPO ESCROW II.** As grounds for this motion Plaintiffs state as follows:

　　1.　Plaintiffs have reached a protanto settlement agreement with **TIEMPO ESCROW II.** In pertinent part, the settlement agreement requires that two separate payments be made by this Defendant to Plaintiffs; and, that **TIEMPO ESCROW II** be dismissed from this lawsuit by the Court upon motion by Plaintiffs.

2. **TIEMPO ESCROW II** has timely made the first of the two required payments and upon information and belief the second required payment will be forthcoming in a timely manner.

3. All claims against all other Defendants shall remain open and active and are not a part of the referenced protanto settlement or this Motion to Dismiss.

**WHEREFORE PREMISES CONSIDERED**, Plaintiffs move this Honorable Court to enter an order dismissing defendant **TIEMPO ESCROW II** with prejudice, costs taxed as paid**.**

Respectfully Submitted,

*/s/ Robert E. Kirby, Jr.*
ROBERT E. KIRBY, JR. (KIR013)
Attorney for Plaintiffs
THE KIRBY LAW FIRM
4000 Eagle Point Corporate Drive
Birmingham, AL  35242
Telephone: (205) 254-0975
Fax: (205) 314-5799
Email: bkirby@bkirbylaw.com

### CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

*Counsel of Record:*
Mindi C. Robinson, Esq.          mrobinson@slatenlaw.com

*/s/ Robert E. Kirby, Jr.*

# CERTIFICATE OF SERVICE

I hereby certify that on **December 21, 2007** I also served a paper copy of the foregoing upon the following counsel and defendants who are either: Not registered participants of the CM/ECF system; have not appeared in this case; and/or are unrepresented by counsel; by placing same in the U.S. mail:

Joseph E. Mudd
JOSEPH E. MUDD, A PROFESSIONAL LAW CORPORATION
16485 Laguna Canyon Road, Suite 230
Irvine, CA 92618
*(Counsel for RESIDENTIAL FINANCE AMERICA, LLC a/k/a RFA)*

**RESIDENTIAL FINANCE AMERICA, LLC a/k/a RFA**
c/o National Registered Agents, Inc.
150 South Perry Street
Montgomery, AL 36104

**DANA CAPITAL GROUP, INC.**
c/o The Corporation Company
2000 Interstate Park Drive
Montgomery, AL 36109

**BRIDGE CAPITAL CORPORATION**
c/o CT Corporation System
818 West 7th Street
Los Angeles, CA 90017

**TIEMPO ESCROW II**
c/o Steven Ray Garcia, Esq.
KNAPP, PETERSEN & CLARKE
500 N. Brand Boulevard, 20th floor
Glendale, CA 91203-1904
*(Counsel for Tiempo II)*

                                                  */s/ Robert E. Kirby, Jr.*