IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| JOHN DAVID BRANNON and TERESA GAYLE BRANNON,    )<br>)<br>)<br>    Plaintiffs,    )<br>)<br>    v.    )<br>)<br>RESIDENTIAL FINANCE    )<br>AMERICA, LLC a/k/a RFA,    )<br>LLC,    )<br>)<br>    Defendant.    ) | CIVIL ACTION NO.<br>1:06cv996-MHT<br>        (WO) |

OPINION

Plaintiffs John David Brannon and Teresa Gayle Brannon brought this suit against a number of defendants, seeking damages arising from their mortgage loan. This matter is now before the court on the Brannons' motion for an entry of default judgment against defendant Residential Finance America, LLC, a/k/a RFA, LLC.

The record in this case reflects that Residential Finance America, LLC was served with a copy of the summons and the complaint; that it was granted a courtesy two-week extension to respond; that it has nevertheless failed to respond to the summons and complaint; and that it has

failed to respond to an order of this court to show cause as to why final judgment should not be entered against it.

Accordingly, the Brannons' motion for entry of default judgment will be granted and the judgment by default will be entered against Residential Finance America, LLC. The Brannons will also be granted leave to prove damages at a later date. An order will be entered in accordance with this opinion.

DONE, this the 14th day of January, 2008.


                                          /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**