IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOHN DAVID BRANNON and TERESA GAYLE BRANNON, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Case No.: 1:06cv996 MHT |
| FINANCE AMERICA, LLC; BNC MORTGAGE, INC.; LEHMAN BROTHERS BANK, FSB; LEHMAN BROTHERS HOLDINGS, INC.; DANA CAPITAL GROUP, INC.; BRIDGE CAPITAL CORPORATION; RESIDENTIAL FINANCE AMERICA, LLC a/k/a RFA, LLC; TIEMPO ESCROW II; ) ) ) ) ) ) ) ) ) ) | |
| Defendants. ) | |

**PLAINTIFFS' MOTION TO CONTINUE HEARING ON DAMAGES**

**COME NOW** Plaintiffs in the above-styled cause and move this Honorable Court to continue the hearing on damages in relation to the recently entered default judgment. As grounds therefore counsel for Plaintiffs states as follows:

1.   The undersigned is a sole practitioner.  I have had a surgery scheduled for January 24, 2008, since November 11, 2007.  The surgery is to be performed by orthopedic Dr. Joe Sherrill in Birmingham and involves the replacement of a joint on my dominant hand.  *(See Exhibit "1" attached")*

2.	Although the hearing currently set for January 25, 2008 is not in direct conflict with the surgery, I cannot know what my condition will be but I can reasonably assume that I will need some recuperation time.

**WHEREFORE PREMISES CONSIDERED**, Plaintiffs' counsel humbly requests that this Honorable Court re-schedule the hearing. Counsel believes that a 2-week continuance would be sufficient.

Respectfully Submitted,

*/s/ Robert E. Kirby, Jr.*
ROBERT E. KIRBY, JR. (KIR013)
Attorney for Plaintiffs
THE KIRBY LAW FIRM
4000 Eagle Point Corporate Drive
Birmingham, AL  35242
Telephone:	(205) 254-0975
Fax:	(205) 314-5799
Email:	bkirby@bkirbylaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

*Counsel of Record:*
Mindi C. Robinson, Esq.	mrobinson@slatenlaw.com

*/s/ Robert E. Kirby, Jr.*

## CERTIFICATE OF SERVICE

I hereby certify that on **January 18, 2008** I also served a paper copy of the foregoing upon the following counsel and defendants who are either: Not registered

2

participants of the CM/ECF system; have not appeared in this case; and/or are unrepresented by counsel; by placing same in the U.S. mail:

    Joseph E. Mudd
    JOSEPH E. MUDD, A PROFESSIONAL LAW CORPORATION
    16485 Laguna Canyon Road, Suite 230
    Irvine, CA 92618
    *(Counsel for RESIDENTIAL FINANCE AMERICA, LLC a/k/a RFA)*

    **RESIDENTIAL FINANCE AMERICA, LLC a/k/a RFA**
    c/o National Registered Agents, Inc.
    150 South Perry Street
    Montgomery, AL 36104

    **DANA CAPITAL GROUP, INC.**
    c/o The Corporation Company
    2000 Interstate Park Drive
    Montgomery, AL 36109

    **BRIDGE CAPITAL CORPORATION**
    c/o CT Corporation System
    818 West 7th Street
    Los Angeles, CA 90017

    **TIEMPO ESCROW II**
    c/o Steven Ray Garcia, Esq.
    KNAPP, PETERSEN & CLARKE
    500 N. Brand Boulevard, 20th floor
    Glendale, CA 91203-1904
    *(Counsel for Tiempo II)*

                                                */s/ Robert E. Kirby, Jr.*

*822-9595*

## Surgery at Brookwood Medical Center

Knowing you're having a surgical procedure can make anyone a little bit anxious and frightened. But if you know what to expect, you may not be as apprehensive.

This material contains helpful information about what to expect before, during, and after your scheduled procedure. Please take time to read this material and familiarize yourself with the details. It is important that you follow these guidelines specifically, unless otherwise instructed by your doctor.

At Brookwood Medical Center, our staff is dedicated to providing you with quality care in a supportive, caring atmosphere. Your health and comfort are our main concern while you are with us. If there is anything we can do to better serve you, please let us know immediately. Thank you for choosing Brookwood Medical Center for your health care needs.

## Pre-Admission Testing

Pre-Admission Testing is the process for obtaining pre-surgical blood work, diagnostic testing, and a nursing and anesthesia evaluation prior to your procedure.

You may need to report for Pre-Admission Testing prior to surgery. If you require this testing, your doctor will schedule it when you are scheduled for surgery. If you have not been directed to Pre-Admission Testing prior to the day of your procedure, the necessary tests will be done when you arrive at the hospital.

For questions about Pre-Admission Testing, call (205) 802-6888. If your physician has directed you to call to schedule your Pre-Admission Testing appointment, call (205) 877-1980.

**Your Pre-Admission Testing Appointment is scheduled for:** *Tues Jan 22 at 11:00*
*1st door on right*
*preADmiT Testing*

**Your Procedure Name:** _____

Physician: _____

Procedure: _____

Day & Date of Procedure: *Thursday Jan 24*

Arrival Time: *I will call with time* (this time may be subject to change)

On the day before your procedure a representative from your physician's office will contact you to confirm the time you should arrive on the day of your procedure. If you haven't been contacted by 3 p.m. on the business day prior to your procedure, call your physician's office. Because procedure times are approximate and subject to change,

*post op appt with Dr Sherrill Wed Feb 6 at 11:00*