IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOHN DAVID BRANNON and TERESA GAYLE BRANNON, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | CASE NO. 1:06 CV 00996 |
| RESIDENTIAL FINANCE AMERICA, LLC, et al ) ) | |
| Defendants, ) | |

**CONFLICT DISCLOSURE STATEMENT**

COME NOW JOHN DAVID BRANNON and TERESA GAYLE BRANNON, Plaintiffs in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐  **X**  This party is an individual, or

☐  This party is a governmental entity, or

☐  There are no entities to be reported, or

☐  The following entities and their relationship to the party are hereby reported:

Reportable Entity                              Relationship to Party

_____    _____

_____    _____


   1/18/2008                                  */s/ Robert E. Kirby, Jr.*
        Date                                  Counsel Signature

                                              Robert E. Kirby, Jr.
                                              THE KIRBY LAW FIRM
                                              4000 Eagle Point Corporate Drive
                                              Birmingham, AL 35242
                                              Address, City, State Zip Code
                                              205-254-0975

## CERTIFICATE OF SERVICE

I hereby certify that on <u>January 18, 2008</u>, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

*Counsel of Record:*
Mindi C. Robinson, Esq.        mrobinson@slatenlaw.com

/s/ Robert E. Kirby, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that on **January 18, 2008** I also served a paper copy of the foregoing upon the following counsel and defendants who are either: Not registered participants of the CM/ECF system; have not appeared in this case; and/or are unrepresented by counsel; by placing same in the U.S. mail:

Joseph E. Mudd
JOSEPH E. MUDD, A PROFESSIONAL LAW CORPORATION
16485 Laguna Canyon Road, Suite 230
Irvine, CA 92618
*(Counsel for RESIDENTIAL FINANCE AMERICA, LLC a/k/a RFA)*

**RESIDENTIAL FINANCE AMERICA, LLC a/k/a RFA**
c/o National Registered Agents, Inc.
150 South Perry Street
Montgomery, AL 36104

**DANA CAPITAL GROUP, INC.**
c/o The Corporation Company
2000 Interstate Park Drive
Montgomery, AL 36109

**BRIDGE CAPITAL CORPORATION**
c/o CT Corporation System
818 West 7th Street
Los Angeles, CA 90017

**TIEMPO ESCROW II**
c/o Steven Ray Garcia, Esq.
KNAPP, PETERSEN & CLARKE
500 N. Brand Boulevard, 20th floor
Glendale, CA 91203-1904
*(Counsel for Tiempo II)*

/s/ Robert E. Kirby, Jr.