IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

JOHN DAVID BRANNON and       )
TERESA GAIL BRANNON,         )
                             )
    Plaintiffs,              )
                             )        CIVIL ACTION NO.
    v.                       )          1:06cv996-MHT
                             )
RESIDENTIAL FINANCE          )
AMERICA, LLC, a/k/a RFA,     )
LLC,                         )
                             )
    Defendant.               )

ORDER

Default judgment having been entered against defendant Residential Finance America, LLC, a/k/a RFA, LLC (Doc. No. 39), it is ORDERED that the motion to continue (doc. no. 42) is granted and the evidentiary hearing on the issue of damages, now set for January 25, 2008, is reset for February 7, 2008, at 10:00 at the Frank M. Johnson, Jr. United States Courthouse Complex,

Courtroom 2FMJ, One Church Street, Montgomery, Alabama, 36104.

DONE, this the 22nd day of January, 2008.

                        /s/ Myron H. Thompson
                    **UNITED STATES DISTRICT JUDGE**