## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **JOHN DAVID BRANNON and** | ) | |
| **TERESA GAYLE BRANNON,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **Civil Action No.** |
| | ) | |
| **v.** | ) | **1:06cv996-MHT-WC** |
| | ) | |
| **FINANCE AMERICA, LLC; et al.,** | ) | |
| | ) | **(JURY TRIAL DEMANDED)** |
| **Defendants.** | ) | |

## PLAINTIFFS' APPLICATION FOR DAMAGES with SUPPORTING EVIDENCE

COME NOW the Plaintiffs and provide this Honorable Court with this, their claim for damages as to **RESIDENTIAL FINANCE AMERICA, LLC:**

1.    This Court previously entered a Default Judgment against **RESIDENTIAL FINANCE AMERICA, LLC** with leave to prove damages.

2.    In support of Plaintiffs' claims for economic, statutory, other compensatory and punitive damages; and, attorney fees and costs; Plaintiffs submit the attached Affidavit of Robert E. Kirby, Jr. with supporting Exhibits.

3.    Plaintiffs also expect to present testimony in support of their damages claims at the scheduled hearing On February 7, 2008.

4.    Plaintiffs' claim damages in the amount of $127,146.17 itemized as follows:

    a.    $6,529.17 – ("Cash Out" shortage plus interest);

    b.    $2,459.16 – ("Junk Fees" plus interest);

c.  $3,157.84  – (Payment differential);

d.  $4,000.00 – (Statutory damages under 15 U.S.C. §1641);

e.  $10,000.00 - (Statutory damages under *15 U.S.C. §1691e(b);*

f.  $1,000.00 - (Statutory damages under *15 U.S.C. §1681);*

g.  $50,000.00 – (Other compensatory damages); and,

h.  $50,000.00 – (Punitive damages)

5.    The undersigned counsel seeks an award of attorney fees and expenses in the amount of $10,382.78.

**WHEREFORE PREMISES CONSIDERED,** Plaintiffs and their counsel respectfully request that this Honorable Court enter a judgment in the amount of $127,146.17 in favor of JOHN DAVID BRANNON and TERESA GAYLE BRANNON and against Residential Finance America, LLC; and, a judgment in the amount of $10,382.78 in favor of ROBERT E. KIRBY, JR. and against Residential Finance America, LLC.

Respectfully Submitted,

*/s/ Robert E. Kirby, Jr.*
ROBERT E. KIRBY, JR. (KIR013)
Attorney for Plaintiffs
THE KIRBY LAW FIRM
4000 Eagle Point Corporate Drive
Birmingham, AL  35242
Telephone:    (205) 254-0975
Fax:              (205) 314-5799
Email:          bkirby@bkirbylaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

*Counsel of Record*:
Mindi C. Robinson, Esq.          mrobinson@slatenlaw.com

*/s/ Robert E. Kirby, Jr.*

## CERTIFICATE OF SERVICE

I hereby certify that on **January 18, 2008** I also served a paper copy of the foregoing upon the following counsel and defendants who are either: Not registered participants of the CM/ECF system; have not appeared in this case; and/or are unrepresented by counsel; by placing same in the U.S. mail:

Joseph E. Mudd
JOSEPH E. MUDD, A PROFESSIONAL LAW CORPORATION
16485 Laguna Canyon Road, Suite 230
Irvine, CA 92618
*(Counsel for RESIDENTIAL FINANCE AMERICA, LLC a/k/a RFA)*

**RESIDENTIAL FINANCE AMERICA, LLC a/k/a RFA**
c/o National Registered Agents, Inc.
150 South Perry Street
Montgomery, AL 36104

**DANA CAPITAL GROUP, INC.**
c/o The Corporation Company
2000 Interstate Park Drive
Montgomery, AL 36109

**BRIDGE CAPITAL CORPORATION**
c/o CT Corporation System
818 West 7th Street
Los Angeles, CA 90017

**TIEMPO ESCROW II**
c/o Steven Ray Garcia, Esq.
 KNAPP, PETERSEN & CLARKE

500 N. Brand Boulevard, 20th floor
Glendale, CA 91203-1904
*(Counsel for Tiempo II)*

_/s/ Robert E. Kirby, Jr._

STATE OF ALABAMA    )
JEFFERSON COUNTY    )

## AFFIDAVIT OF ROBERT E. KIRBY, JR.

Before me the undersigned authority, a Notary Public in and for said county and state, personally appeared Robert E. Kirby, Jr., who being known by me and duly sworn, deposes and says that the facts set out below are true and correct to the best of his knowledge:

1.      My name is Robert E. Kirby, Jr. I have been a licensed attorney in the State of Alabama since 1988. I represent John David Brannon and Teresa Gayle Brannon in the matter of *Brannon vs. Residential Finance America, et al.; 1:06 CV 00996.* Since the year 2000, a majority (80%) of my practice has been devoted to "Mortgage Fraud" of the nature at issue in this case. This Affidavit is provided to the Court in support of Plaintiffs' claim for damages, attorney fees and expenses following the entry of a Default Judgment against **Residential Finance America, LLC.**

2.      The Plaintiffs were promised a maximum of $7,000 in "cash out" as part of the mortgage at issue. Instead they received $524.77. Therefore, Plaintiffs claim $6,475.23 in actual damages as of the closing date of November 18, 2005. Plaintiffs also claim in damages the interest on that amount at the same rate they were charged on the loan, which began at 9.225% and has increased to at least 11.00% over the twenty-five (25) months since closing. For this calculation Plaintiffs use the average of the two rates or 10.1125% as a reasonable estimate of the amortization of the damages amount. The total amount claimed for this category is $6,529.17. *(See Email between Plaintiffs and Elmer Roldan attached hereto as Exhibit 1; HUD-*

**AFFIDAVIT OF ROBERT E. KIRBY, JR.**
**Page 2**

*1 Settlement Statement attached hereto as Exhibit 2; and, Loan Worksheet attached hereto at*

*Exhibit 3)*

    *3.*    "Junk Fees" were charged to Plaintiffs' loan at closing in addition to a Yield

Spread Premium paid to the originating broker by the lender. Plaintiffs claim as damages those

fees which are duplicative of a Yield Spread Premium, excessive standing alone, and/or

unearned. Specifically, Plaintiffs claim as damages the following fees: "Broker Administration

Fee", $495.00; "Broker Processing Fee", $695.00; "Document Preparation Fee", $200.00;

"Lender's Fee", $695.00;  "Messenger Fee", $93.84"; "Notary Fee", $150.00; and another

"Messenger Fee", $110.00. These fees total $2,438.84. Plaintiffs also claim in damages the

interest on that amount at the average rate they were charged on the loan (10.1125%). The total

amount claimed for this category is $2,459.16 *(See HUD-1 Settlement Statement attached hereto*

*as Exhibit 2; and, Loan Worksheet attached hereto at Exhibit 4)*

    *4.*    Plaintiffs were promised an interest rate of 7.5% and monthly payments of

$839.00. Instead, their payments began at $964.27 and the adjustable interest rate began at

9.225%. The property is scheduled for sale on January 25, 2008. Assuming that closing occurs,

Plaintiffs will have made twenty-five (25) payments on the loan. Therefore, Plaintiffs claim as

damages the difference between the promised monthly payment of $839.00 and the actual

beginning payment amount of $964.27 times the twenty-five payments made, for a total of

$3,131.75; plus interest. The total amount claimed for this category is $3,157.84 *(See Bridge*

**AFFIDAVIT OF ROBERT E. KIRBY, JR.**
Page 3

*Capital Offer attached hereto as Exhibit 5;  Page One of Note attached hereto as Exhibit 6;*
*Email at Exhibit 1; and, Loan Worksheet attached hereto at Exhibit 7)*

5.     Plaintiffs made claim for damages through their Complaint under *15 U.S.C.*
*§1635(b)*, the Truth in Lending Act, for the failure to provide the required number of properly
completely "Right to Cancel" forms.  Timely rescission of the loan upon demand was not
forthcoming.  Therefore, Plaintiffs claim $4,000 in statutory damages pursuant to *15 U.S.C.*
*§1641*.

6.     Plaintiffs made claim for damages through their Complaint under 15 *U.S.C.*
*§1691*, the Equal Credit Opportunity Act, for the failure to provide the required Adverse Action
Notice. Therefore, Plaintiffs claim $10,000, the maximum statutory punitive damages allowed
pursuant to *15 U.S.C. §1691e(b)*.

7.     Plaintiffs made claim for damages through their Complaint under 15 *U.S.C.*
*§1681*, the Fair Credit Reporting Act, for the failure to provide the required Adverse Action
Notice. Therefore, Plaintiffs claim $1,000 in statutory damages allowed pursuant to *15 U.S.C.*
*§1681*.

8.     Each Plaintiff will provide personal testimony at the scheduled hearing regarding
the specific and cumulative impact this transaction has had on each of them financially and
emotionally.  Plaintiffs respectfully request that this Honorable Court award each of them a
judgment for additional compensatory damages in the amount of $25,000, for a total of $50,000
in this category.

**AFFIDAVIT OF ROBERT E. KIRBY, JR.**
**Page 4**

9.      Each Plaintiff will provide personal testimony regarding the specific and cumulative impact this transaction has had on each of them financially and emotionally. Plaintiffs respectfully request that this Honorable Court award each of them a judgment for punitive damages in the amount of $25,000, for a total of $50,000 in this category.

10.     In summary, Plaintiffs respectfully request that the Court enter judgment in their favor and against **Residential Finance America, LLC** in the amount of $127,146.17 as follows:

  a.      $6,529.17 – ("Cash Out" shortage plus interest);

  b.      $2,459.16 – ("Junk Fees" plus interest);

  c.      $3,157.84  – (Payment differential);

  d.      $4,000.00 – (Statutory damages under 15 U.S.C. §1641);

  e.      $10,000.00 - (Statutory damages under *15 U.S.C. §1691e(b)*;

  f.       $1,000.00 - (Statutory damages under *15 U.S.C. §1681);*

  g.      $50,000.00 – (Other compensatory damages); and,

  h.      $50,000.00 – (Punitive damages)

11.     The undersigned attorney for Plaintiffs has incurred $1,132.78 in case expenses as of the date of the filing of this Claim.  Counsel has also invested thirty-seven (37) hours in the prosecution of this matter to date.  This includes responding to a non-meritorious 12b motion filed in the case.  Counsel humbly requests that the Court enter a judgment in favor of Robert E.

**AFFIDAVIT OF ROBERT E. KIRBY, JR.**
**Page 5**

Kirby, Jr. and against **Residential Finance America, LLC** in the amount of $10,382.78 for expenses and attorney fees at the rate of $250.00 per hour.

_____
ROBERT E. KIRBY, JR.

Sworn to and subscribed before me on this _23_ day of _January_____, 2008.

_____
NOTARY PUBLIC

My Commission Expires: _____

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: ...
BONDED THRU NOTARY PUBLIC UNDERWRITERS

## David Brannon

**From:** "David Brannon" <davidgayle77@comcast.net>
**To:** "Elmer Roldan" <elmer@bridgecapcorp.com>
**Sent:** Friday, November 11, 2005 8:25 AM
**Attach:** 11-11-2005 08;15;07AM.jpg; 11-11-2005 08;19;05AM.jpg
**Subject:** REWRITING DOCS

You know what we agreed on: 7.50%, payments of $866.00, including taxes and insurance, and between $6,000 to $7,000 cash out. I need the docs to read as we agreed, and I want to close Monday afternoon or no later than Tuesday afternoon. (NO MORE DELAYS) we have been delayed enough, and I know you know this, and I am expecting your help with this.

Thank you,

David Brannon

**EXHIBIT**

_1_

tabbies®

11/22/2005

0008 BRANNON

⬆ OMB No. 2502-0265

| A.   U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT | B.    TYPE    OF    LOAN |
|---|---|
| SETTLEMENT STATEMENT | 1. ☐ FHA    2. ☐ FHMA    3. ☒ CONV. UNINS. |
| | 4. ☐ VA    5. ☐ CONV. INS. |
| | 6. FILE NUMBER:    7. LOAN NUMBER: |
| | CM05-4143-KC    0042301754 |
| | 8. MORTGAGE INS. CASE NO.: |

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. NAME & ADDRESS OF BORROWER: | John David Brannon and Teresa Gayle Brannon |
|---|---|
| | 909 Deborah Street, Dothan, AL 36301 |

| E. NAME & ADDRESS OF SELLER: | |
|---|---|

| F. NAME & ADDRESS OF LENDER: | Finance America |
|---|---|
| | 16802 Aston Street, Irvine, CA 92606 |

G. PROPERTY LOCATION:   909 Deborah Street, Dothan, AL 36301

H. SETTLEMENT AGENT:   Tiempo Escrow II
PLACE OF SETTLEMENT: 940 South Coast Drive, #200, Costa Mesa, CA  92626 (714) 545-7800

I.   SETTLEMENT DATE:   11/18/2005  Final          DISBURSEMENT DATE:   11/22/2005

| J.      Summary of Borrower's Transaction | | K.      Summary of Seller's Transaction | |
|---|---|---|---|
| 100. Gross Amount Due From Borrower: | | 400. Gross Amount Due To Seller: | |
| 101. Contract sales price | | 401. Contract sales price | |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower: (line 1400) | 11,340.80 | 403. | |
| 104. Property Tax | 161.18 | 404. | |
| 105. Payoff To Litton Loans | 83,800.52 | 405. | |
| Payoff To Hfc-Usa | 21,642.73 | | |
| | | | |
| | | | |
| | | | |
| **Adjustments For Items Paid By Seller In Advance:** | | **Adjustments For Items Paid By Seller In Advance:** | |
| 106. City/town taxes            to | | 406. City/town taxes           to | |
| 107. County taxes               to | | 407. County taxes              to | |
| 108. Assessments                to | | 408. Assessments               to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 113. | | 413. | |
| 114. | | 414. | |
| 115. | | 415. | |
| 116. | | 416. | |
| 120. Gross Amount Due From Borrower: | 116,945.23 | 420. Gross Amount Due To Seller: | |
| 200. Amounts Paid By Or In Behalf Of Borrower: | | 500. Reductions In Amount Due To Seller: | |
| 201. Deposit or earnest money | | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | 117,470.00 | 502. Settlement charges to seller (line 1400) | |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff 1st Mtg. Ln. | |
| 205. | | 505. Payoff 2nd Mtg. Ln. | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| | | | |
| | | | |
| **Adjustments For Items Unpaid By Seller:** | | **Adjustments For Items Unpaid By Seller:** | |
| 210. City/town taxes            to | | 510. City/town taxes           to | |
| 211. County taxes               to | | 511. County taxes              to | |
| 212. Assessments                to | | 512. Assessments               to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| | | | |
| 220. Total Paid By/For Borrower: | 117,470.00 | 520. Total Reductions In Amount Due Seller: | |
| 300. Cash At Settlement From/To Borrower: | | 600. Cash At Settlement From/To Seller: | |
| 301. Gross amount due from borrower (line 120) | 116,945.23 | 601. Gross amount due to seller (line 420) | |
| 302. Less amount paid by/for borrower (line 220) | 117,470.00 | 602. Less reductions in amount due seller (line 520) | |
| 303. Cash (☐FROM) (☒TO) Borrower: | 524.77 | 603. Cash (☐TO) (☐FROM) Seller: | 0.00 |

Previous Edition Is Obsolete
Form No. 1581
3/86

SB-4-3538-000-1
HUD-1 (3-86)
RESPA, HB 4305.2



EXHIBIT



0018 BRANNON

| SETTLEMENT    CHARGES    Escrow: CM05-4143-KC | Paid From Borrower's Funds At Settlement | Paid From Seller's Funds At Settlement |
|---|---|---|
| **700. Total Sales/Broker's Commission:** Based On Price $ @ % | | |
| Division of Commission (line 700) As Follows: | | |
| 701. $ to | | |
| 702. $ to | | |
| 703. Commission paid at settlement | | |
| 704. | | |
| **800. Items Payable In Connection With Loan:** | | |
| 801. Loan Origination fee % Dana Capital Group, Inc. | 3,500.00 | |
| 802. Loan Discount % | | |
| 803. Appraisal fee to: Appraiser POC $325.00 | | |
| 804. Credit report to: Dana Capital Group, Inc. | 20.00 | |
| 805. Lender's inspection fee | | |
| 806. Mortgage insurance application fee to | | |
| 807. Assumption fee | | |
| 808. Processing Fee To: Dana Capital Group, Inc. | 695.00 | |
| 809. Broker Administration Fee To: Dana Capital Group, Inc. | 495.00 | |
| 810. Yield Spread Premium To: Dana Capital Group, Inc. POC  $1,174.70 | | |
| 811. Flood Determination To: Finance America | 27.00 | |
| 812. Document Preparation To: Finance America | 200.00 | |
| 813. Lenders Fee To: Finance America | 695.00 | |
| 814. Tax Registration To: Finance America | 62.00 | |
| 815. | | |
| 816. | | |
| **900. Items Required By Lender To Be Paid In Advance:** | | |
| 901. Interest from 11/18/2005 to 12/01/2005 @$ 30.1000 /day | 391.30 | |
| 902. Mortgage insurance premium for mo. to | | |
| 903. Hazard insurance premium for yrs. to | | |
| 904. Flood insurance premium for yrs. to | | |
| 905. | | |
| 906. | | |
| **1000. Reserves Deposited With Lender:** | | |
| 1001. Hazard insurance 6 months @ $ 148.00 per month | 888.00 | |
| 1002. Mortgage insurance months @ $ per month | | |
| 1003. City property taxes months @ $ per month | | |
| 1004. County property taxes 4 months @ $ 13.28 per month | 53.12 | |
| 1005. Annual assessments months @ $ per month | | |
| 1006. Flood insurance months @ $ per month | | |
| 1007. months @ $ per month | | |
| 1008. Aggregate Adjustment | (132.80) | |
| 1009. | | |
| **1100. Title Charges** | | |
| 1101. Settlement or closing fee to Tiempo Escrow II | 495.00 | |
| 1102. Escrow Fee:  $495.00 | | |
| 1103. Title examination to | | |
| 1104. Title insurance binder to | | |
| 1105. Document preparation to  Tiempo Escrow II | 50.00 | |
| 1106. Notary fees to | | |
| 1107. Attorney's fees to | | |
| (includes above item Numbers: ) | | |
| 1108. Title insurance to Alliance Title Company | | |
| (includes above item Numbers: ) | 457.00 | |
| 1109. Lender's coverage  $ 117,470.00  Premium:  $457.00 | | |
| 1110. Owner's coverage  $ | | |
| 1111. Messenger Fee to Alliance Title Company | 93.84 | |
| 1112. Wire/Express to Alliance Title Company | 30.00 | |
| 1113. Mortgage Tax to Alliance Title Company | 176.25 | |
| 1114. Exhibit "C" Attached Hereto | 420.00 | |
| **1200. Government Recording and Transfer Charges:** | | |
| 1201. Recording fees: Deed $ ;Mortgage $ 400.25 ;Releases $ | 400.25 | |
| 1202. City/county tax/stamps: Deed $ ;Mortgage $ | | |
| 1203. State tax/Stamps: Deed $ ;Mortgage $ | | |
| 1204. | | |
| 1205. | | |
| **1300. Additional Settlement Charges:** | | |
| 1301. Survey to | | |
| 1302. Pest inspection to | | |
| 1303. Hazard insurance to Foremost Insurance Agency | 498.84 | |
| 1304. Funds Held At Close to Tiempo Escrow II | 250.00 | |
| 1305. Notary Fee to Loan Closers.com | 150.00 | |
| 1306. Creditor Payment to *Cb Asso 0f Thomasvil* | 461.00 | |
| 1307. Creditor Payment to *Capital 1 Bk* | 308.00 | |
| 1308. Creditor Payment to *Hsbc Nv* | 287.00 | |
| 1309. Creditor Payment to *Capital 1 Bk* | 190.00 | |
| 1310. Creditor Payment to *Capital 1 Bk* | 137.00 | |
| 1311. Creditor Payment to *Dell Fncl* | 43.00 | |
| 1312. | | |
| 1313. | | |
| **1400. Total Settlement Charge** *(Enter on line 103, Section J - and - line 502, Section K)* | 11,340.80 | |

Form No. 1582    Page 2 of 2    SB-4-3538-000-1

0019 BRANNON

ATTACHMENT TO HUD 1     Escrow No.:  CM05-4143-KC
Settlement Date: 11/18/2005    Title No.:    15110705
                Page:   1

EXHIBIT A: Tax Payment Breakdown
Breakdown of Tax Payments:
County Taxes

| Year | Amount | Interest | Penalty |
|---|---|---|---|
| | $161.18 | | |

EXHIBIT B: (HUD Section 100)       **Buyer Amount**
Gross Amount Due From Borrower - Loan Payoff Breakdown:

**Litton Loans**

| | | Buyer Amount |
|---|---|---|
| Principal Balance To: Litton Loans | | 79,923.39 |
| Interest Per Diem From / / to 11/28/2005 @ $ 20.5300 To: Litton Loans | | 2,831.73 |
| Recording Fee To: Litton Loans | | 6.25 |
| Late Charge To: Litton Loans | | 67.28 |
| Statement / Demand Fee To: Litton Loans | | 15.00 |
| Fax Fee To: Litton Loans | | 15.00 |
| Escrow Advance To: Litton Loans | | 930.87 |
| Corporate Advance To: Litton Loans | | 11.00 |
| | Total: | 83,800.52 |

**Hfc-Usa**

| | | |
|---|---|---|
| Principal Balance To: Hfc-Usa | | 21,631.73 |
| Reconveyance Fee To: Hfc-Usa | | 11.00 |
| | Total: | 21,642.73 |

EXHIBIT C: (HUD Section 1100)      **Buyer Amount**
Title Charges:

| | | Buyer Amount |
|---|---|---|
| Title hold to Alliance Title Company | | 200.00 |
| Creditor Checks to Tiempo Escrow II | | 60.00 |
| Wire Fee to Tiempo Escrow II | | 50.00 |
| Messenger Fee/Overnight Mail to Tiempo Escrow II | | 110.00 |
| | Total: | 420.00 |

0020 BRANNON

Amortization Results

**Loan Amortization Results**                          **Wed Jan 23 08:59:58 2008**

### Loan Overview

| Principal | Payment | APR | Total Interest | Total Loan Value |
|-----------|---------|-----|----------------|------------------|
| $6475.23 | $57.36 | 10.1125% | $14174.37 | $20649.60 |

### Amortization Table

| Pmt # | Principal | Interest | Balance |
|-------|-----------|----------|---------|
| 1 | $2.79 | $54.57 | $6472.44 |
| 2 | $2.82 | $54.54 | $6469.62 |
| 3 | $2.84 | $54.52 | $6466.78 |
| 4 | $2.86 | $54.50 | $6463.92 |
| 5 | $2.89 | $54.47 | $6461.03 |
| 6 | $2.91 | $54.45 | $6458.12 |
| 7 | $2.94 | $54.42 | $6455.18 |
| 8 | $2.96 | $54.40 | $6452.22 |
| 9 | $2.99 | $54.37 | $6449.23 |
| 10 | $3.01 | $54.35 | $6446.22 |
| 11 | $3.04 | $54.32 | $6443.18 |
| 12 | $3.06 | $54.30 | $6440.12 |
| 13 | $3.09 | $54.27 | $6437.03 |
| 14 | $3.11 | $54.25 | $6433.92 |
| 15 | $3.14 | $54.22 | $6430.78 |
| 16 | $3.17 | $54.19 | $6427.61 |
| 17 | $3.19 | $54.17 | $6424.41 |
| 18 | $3.22 | $54.14 | $6421.19 |
| 19 | $3.25 | $54.11 | $6417.95 |
| 20 | $3.28 | $54.08 | $6414.67 |
| 21 | $3.30 | $54.06 | $6411.37 |
| 22 | $3.33 | $54.03 | $6408.04 |
| 23 | $3.36 | $54.00 | $6404.68 |
| 24 | $3.39 | $53.97 | $6401.29 |
| 25 | $3.42 | $53.94 | $6397.87 |
| 26 | $3.44 | $53.92 | $6394.43 |
| 27 | $3.47 | $53.89 | $6390.96 |
| 28 | $3.50 | $53.86 | $6387.45 |
| 29 | $3.53 | $53.83 | $6383.92 |
| 30 | $3.56 | $53.80 | $6380.36 |
| 31 | $3.59 | $53.77 | $6376.77 |
| 32 | $3.62 | $53.74 | |
| 33 | $3.65 | $53.71 | |
| 34 | $3.68 | $53.68 | |
| 35 | $3.71 | $53.65 | $6362.09 |
| 36 | $3.75 | $53.61 | $6358.35 |
| 37 | $3.78 | $53.58 | $6354.57 |

EXHIBIT

3

**Loan Amortization Results**                          Wed Jan 23 09:01:49 2008

## Loan Overview

| Principal | Payment | APR | Total Interest | Total Loan Value |
|-----------|---------|-----|----------------|------------------|
| $2438.84 | $21.61 | 10.1125% | $5340.76 | $7779.60 |

## Amortization Table

| Pmt # | Principal | Interest | Balance |
|-------|-----------|----------|---------|
| 1 | $1.06 | $20.55 | $2437.78 |
| 2 | $1.07 | $20.54 | $2436.72 |
| 3 | $1.08 | $20.53 | $2435.64 |
| 4 | $1.08 | $20.53 | $2434.56 |
| 5 | $1.09 | $20.52 | $2433.46 |
| 6 | $1.10 | $20.51 | $2432.36 |
| 7 | $1.11 | $20.50 | $2431.25 |
| 8 | $1.12 | $20.49 | $2430.12 |
| 9 | $1.13 | $20.48 | $2428.99 |
| 10 | $1.14 | $20.47 | $2427.85 |
| 11 | $1.15 | $20.46 | $2426.70 |
| 12 | $1.16 | $20.45 | $2425.54 |
| 13 | $1.17 | $20.44 | $2424.37 |
| 14 | $1.18 | $20.43 | $2423.19 |
| 15 | $1.19 | $20.42 | $2422.00 |
| 16 | $1.20 | $20.41 | $2420.80 |
| 17 | $1.21 | $20.40 | $2419.59 |
| 18 | $1.22 | $20.39 | $2418.37 |
| 19 | $1.23 | $20.38 | $2417.14 |
| 20 | $1.24 | $20.37 | $2415.90 |
| 21 | $1.25 | $20.36 | $2414.65 |
| 22 | $1.26 | $20.35 | $2413.39 |
| 23 | $1.27 | $20.34 | $2412.12 |
| 24 | $1.28 | $20.33 | $2410.84 |
| 25 | $1.29 | $20.32 | $2409.54 |
| 26 | $1.30 | $20.31 | $2408.24 |
| 27 | $1.32 | $20.29 | $2406.92 |
| 28 | $1.33 | $20.28 | $2405.60 |
| 29 | $1.34 | $20.27 | $2404.26 |
| 30 | $1.35 | $20.26 | $2402.91 |
| 31 | $1.36 | $20.25 | $2401.55 |
| 32 | $1.37 | $20.24 | $2400.18 |
| 33 | $1.38 | $20.23 | $2398.79 |
| 34 | $1.40 | $20.21 | $2397.39 |
| 35 | $1.41 | $20.20 | $2395.99 |
| 36 | $1.42 | $20.19 | $2394.56 |
| 37 | $1.43 | $20.18 | $2393.14 |

EXHIBIT

4

tabbies



To: John and Gayle,

Based on the information that you have provided to Bridge Capital, we have recommended the following loan for you:

Rate:     7.6.%

Term:     2 yr fixed I.O.

Pay-off's:

| | |
|---|---|
| LITTON LOANS | $79,971.00 |
| HFC- USA | $20,559.00 |
| CAPITAL ONE | $311.00 |
| CAPITAL ONE | $190.00 |
| CAPITAL ONE | $139.00 |
| CAPITAL ONE | $97.00 |
| HSBC | $211.00 |

Total Payoffs:           $101,554.00

Old Payments:        $1,263.00

**New Payments:**       **$839.00**        Tax & Ins. Included

**MONTHY SAVINGS**   **$427.00**

Additional benefits on this loan include:

Payment relief and no mortgage payments for 45-60 days!
Paying down massive amounts of principal by adding extra to minimum payment.
We will show you how your closing costs are tax deductible
Lowering your rate after 12-24 months under the Roll Down Program
Use savings to invest for a better return on your money.
By doing home improvements increases the value of your home which is more equity!

Thank you again for the opportunity to earn your business. You have a team of people dedicated to fund your loan quickly. If you have any questions, please don't hesitate to call. I would be glad to walk through everything with you.

Sincerely
Elmer Roldan
Credit Manager

**EXHIBIT**
_5_

Toll free 866.411.3752        direct: 949.777.1650        toll free fax: 866.375.2911

0012 BRANNON

# ADJUSTABLE RATE NOTE

### (LIBOR Index - Rate Caps)

MIN  100052300423017549

**THIS NOTE CONTAINS PROVISIONS ALLOWING FOR CHANGES IN MY INTEREST RATE AND MY MONTHLY PAYMENT. THIS NOTE LIMITS THE AMOUNT MY INTEREST RATE CAN CHANGE AT ANY ONE TIME AND THE MAXIMUM RATE I MUST PAY.**

| 11/10/05 | IRVINE | CA |
|---|---|---|
| [Date] | [City] | [State] |

909 DEBORAH STREET, DOTHAN, AL 36301
[Property Address]

## 1. BORROWER'S PROMISE TO PAY

In return for a loan that I have received, I promise to pay U.S. $  117,470.00          (this amount is called "Principal"), plus interest, to the order of the Lender. The Lender is    Finance America, LLC                                                                    .
I will make all payments under this Note in the form of cash, check or money order.

I understand that the Lender may transfer this Note. The Lender or anyone who takes this Note by transfer and who is entitled to receive payments under this Note is called the "Note Holder."

## 2. INTEREST

Interest will be charged on unpaid principal until the full amount of Principal has been paid. I will pay interest at a yearly rate of      9.225        %. The interest rate I will pay may change in accordance with Section 4 of this Note.

The interest rate required by this Section 2 and Section 4 of this Note is the rate I will pay both before and after any default described in Section 7(B) of this Note.

## 3. PAYMENTS

### (A) Time and Place of Payments

I will pay principal and interest by making a payment every month.

I will make my monthly payments on the first day of each month beginning on          JANUARY  01, 2006            . I will make these payments every month until I have paid all of the principal and interest and any other charges described below that I may owe under this Note. Each monthly payment will be applied as of its scheduled due date and will be applied to interest before Principal. If, on          DECEMBER  01, 2035 , I still owe amounts under this Note, I will pay those amounts in full on that date, which is called the "Maturity Date."

I will make my monthly payments at       HomEq Servicing Corporation            PO Box 70830, Charlotte, NC 28272-0830 or at a different place if required by the Note Holder.

### (B) Amount of My Initial Monthly Payments

Each of my initial monthly payments will be in the amount of U.S. $       964.27          . This amount may change.

### (C) Monthly Payment Changes

Changes in my monthly payment will reflect changes in the unpaid principal of my loan and in the interest rate that I must pay. The Note Holder will determine my new interest rate and the changed amount of my monthly payment in accordance with Section 4 of this Note.

MULTISTATE ADJUSTABLE RATE NOTE - LIBOR INDEX - Single Family - Freddie Mac UNIFORM INSTRUMENT          Form 3590 1/01

-815N (0005).01
VMP MORTGAGE FORMS - (800)521-7291
Page 1 of 4          Initials: _____

MDAC

LOAN ID: 0042301754

EXHIBIT
6
tabbies

**Loan Amortization Results**                                    **Wed Jan 23 09:13:56 2008**

## Loan Overview

| Principal | Payment | APR | Total Interest | Total Loan Value |
|-----------|---------|-----|----------------|------------------|
| $3131.75 | $27.74 | 10.1125% | $6854.65 | $9986.40 |

## Amortization Table

| Pmt # | Principal | Interest | Balance |
|-------|-----------|----------|---------|
| 1 | $1.35 | $26.39 | $3130.40 |
| 2 | $1.36 | $26.38 | $3129.04 |
| 3 | $1.37 | $26.37 | $3127.67 |
| 4 | $1.38 | $26.36 | $3126.29 |
| 5 | $1.39 | $26.35 | $3124.89 |
| 6 | $1.41 | $26.33 | $3123.49 |
| 7 | $1.42 | $26.32 | $3122.07 |
| 8 | $1.43 | $26.31 | $3120.64 |
| 9 | $1.44 | $26.30 | $3119.20 |
| 10 | $1.45 | $26.29 | $3117.74 |
| 11 | $1.47 | $26.27 | $3116.28 |
| 12 | $1.48 | $26.26 | $3114.80 |
| 13 | $1.49 | $26.25 | $3113.31 |
| 14 | $1.50 | $26.24 | $3111.80 |
| 15 | $1.52 | $26.22 | $3110.28 |
| 16 | $1.53 | $26.21 | $3108.76 |
| 17 | $1.54 | $26.20 | $3107.21 |
| 18 | $1.56 | $26.18 | $3105.66 |
| 19 | $1.57 | $26.17 | $3104.09 |
| 20 | $1.58 | $26.16 | $3102.51 |
| 21 | $1.59 | $26.15 | $3100.91 |
| 22 | $1.61 | $26.13 | $3099.30 |
| 23 | $1.62 | $26.12 | $3097.68 |
| 24 | $1.64 | $26.10 | $3096.05 |
| 25 | $1.65 | $26.09 | $3094.40 |
| 26 | $1.66 | $26.08 | $3092.73 |
| 27 | $1.68 | $26.06 | $3091.06 |
| 28 | $1.69 | $26.05 | $3089.37 |
| 29 | $1.71 | $26.03 | $3087.66 |
| 30 | $1.72 | $26.02 | $3085.94 |
| 31 | $1.73 | $26.01 | $3084.21 |
| 32 | $1.75 | $25.99 | $3082.46 |
| 33 | $1.76 | $25.98 | |
| 34 | $1.78 | $25.96 | |
| 35 | $1.79 | $25.95 | |
| 36 | $1.81 | $25.93 | |
| 37 | $1.82 | $25.92 | |

EXHIBIT

7