IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| JOHN DAVID BRANNON and <br> TERESA GAIL BRANNON, <br><br> Plaintiffs, <br><br> v. <br><br> RESIDENTIAL FINANCE <br> AMERICA, LLC, a/k/a RFA, <br> LLC, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> )  CIVIL ACTION NO. <br> )    1:06cv996-MHT <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

ORDER

Plaintiffs' application for damages (Doc. No. 45) is granted to the extent that the supporting evidence will be considered at the evidentiary hearing set for February 7, 2008, at 10:00 at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama, 36104.

DONE, this the 25th day of January, 2008.

                                 /s/ Myron H. Thompson
                          UNITED STATES DISTRICT JUDGE