IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOHN DAVID BRANNON and ) | |
| TERESA GAYLE BRANNON, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No.: 1:06cv996 MHT |
| ) | |
| FINANCE AMERICA, LLC; ) | |
| BNC MORTGAGE, INC.; ) | |
| LEHMAN BROTHERS BANK, FSB; ) | **JURY DEMAND** |
| LEHMAN BROTHERS HOLDINGS, INC.; ) | |
| DANA CAPITAL GROUP, INC.; ) | |
| BRIDGE CAPITAL CORPORATION; ) | |
| RESIDENTIAL FINANCE AMERICA, ) | |
| LLC a/k/a RFA, LLC; TIEMPO ESCROW ) | |
| II; ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING DISCOVERY

**PLEASE TAKE NOTICE** that the following discovery documents have been filed on behalf of the plaintiff:

1.   Notice of 30(b)6 Deposition of Dana Capital Group, Inc.
2.   Document Request pursuant to FRCP 30(b)5 to Dana Capital Group, Inc.
3.   Notice of 30(b)6 Deposition of Bridge Capital Corporation.
4.   Document Request pursuant to FRCP 30(b)5 to Bridge Capital Corporation.

Respectfully Submitted,

*/s/ Robert E. Kirby, Jr.*
ROBERT E. KIRBY, JR. (KIR013)
Attorney for Plaintiffs
THE KIRBY LAW FIRM
4000 Eagle Point Corporate Drive
Birmingham, AL 35242

1

|  |  |  |
|---|---|---|
| Telephone: | (205) 254-0975 |
| Fax: | (205) 314-5799 |
| Email: | bkirby@bkirbylaw.com |

### CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2008, I electronically filed a notice of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

*Counsel of Record:*
Mindi C. Robinson, Esq.        mrobinson@slatenlaw.com

/s/ *Robert E. Kirby, Jr.*

### CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2008 I also served a paper copy of the foregoing upon the following counsel and defendants who are either: Not registered participants of the CM/ECF system; have not appeared in this case; and/or are unrepresented by counsel; by placing same in the U.S. mail postage prepaid:

**DANA CAPITAL GROUP, INC.**
c/o The Corporation Company
2000 Interstate Park Drive
Montgomery, AL 36109

**BRIDGE CAPITAL CORPORATION**
c/o CT Corporation System
818 West 7th Street
Los Angeles, CA 90017

/s/ *Robert E. Kirby, Jr.*
Of Counsel