IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOHN DAVID BRANNON and TERESA GAYLE BRANNON, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| FINANCE AMERICA, LLC; BNC MORTGAGE, INC; LEHMAN BROTHERS BANK, FSB; LEHMAN BROTHERS HOLDINGS, INC.; DANA CAPITAL GROUP, INC.; BRIDGE CAPITAL CORPORATION; RESIDENTIAL FINANCE AMERICA, LLC a/k/a RFA, LLC; and TIEMPO ESCROW, II., | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    CASE NO.: 1:06cv996 MHT |
| Defendants. | )<br>) |

## JOINT STIPULATION FOR PRO TANTO DISMISSAL

**COME NOW** the Plaintiffs, John David Brannon and Teresa Gayle Brannon, and Defendants Finance America, LLC, BNC Mortgage, Inc., Lehman Brothers Bank, FSB, Lehman Brothers Holdings, Inc., (hereinafter collectively the "Lender Defendants"), by and through their respective counsel of record, and jointly move this Court for an Order of Dismissal of claims of the Plaintiffs against the Lender Defendants, with prejudice, and as grounds therefore, would show unto the Court as follows:

1. Plaintiffs and the Lender Defendants have entered into an agreement for Settlement and Release of all of Plaintiffs' claims against the Lender Defendants.

2. Plaintiffs and the Lender Defendants seek to have the Court dismiss, with

prejudice, all claims against the Lender Defendants, with each side to bear its own costs as paid.

3. This filing is based upon a Pro Tanto settlement of the Plaintiffs' claims only as against the Lender Defendants, (Finance America, BNC Mortgage, Lehman Brothers Bank and Lehman Brothers Holdings, Inc.). The Plaintiffs' claims against all other defendant(s) named herein are not included the Settlement and Release identified herein, and thus are not included in or made part of this Stipulation but rather are to remain open unless and until Plaintiffs advise the court to the contrary.

**WHEREFORE**, the premises considered, Plaintiffs John David Brannon and Teresa Gayle Brannon ("Plaintiffs"), and Defendants Finance America, LLC, BNC Mortgage, Inc., Lehman Brothers Bank and Lehman Brothers Holdings, Inc., ("Lender Defendants"), stipulate to entry by the Court of an Order of pro tanto dismissal as to these parties, dismissing all claims against the Lender Defendants, with prejudice, with costs taxed as paid.

Respectfully submitted this the 20th day of February, 2008 by:

/s/ ROBERT E. KIRBY, JR.
**Attorney for Plaintiffs**
**John David and Teresa Gayle Brannon**

**OF COUNSEL:**
**THE KIRBY LAW FIRM**
P.O. Box 606
Columbiana, Alabama 35051
(205) 669-5282 - PHONE
(205) 669-5351 - FAX
bkirby@bkirbylaw.com

/s/ MINDI C. ROBINSON
**Attorney for Lender Defendants**
**Finance America, LLC;**
**BNC Mortgage, Inc.;**
**Lehman Brothers Bank, FSB;**
**Lehman Brothers Holdings, Inc.**

**SLATEN & O'CONNOR, P.C.**
105 Tallapoosa Street
Suite 101
Montgomery, Alabama 36104
(334) 396-8882 - PHONE
(334) 396-8880 - FAX
mrobinson@slatenlaw.com

F:\BNC Mortgage\Brannon\Pleadings\JSOD.wpd