**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOHN DAVID BRANNON and<br>TERESA GAYLE BRANNON,<br><br>    Plaintiffs,<br><br>v.<br><br>FINANCE AMERICA, LLC;<br>BNC MORTGAGE, INC.;<br>LEHMAN BROTHERS BANK, FSB;<br>LEHMAN BROTHERS HOLDINGS, INC.;<br>DANA CAPITAL GROUP, INC.;<br>BRIDGE CAPITAL CORPORATION;<br>RESIDENTIAL FINANCE AMERICA,<br>LLC a/k/s RFA, LLC; TIEMPO ESCROW II:<br><br>    Defendants. | Case No.: 1:06-cv996 MHT<br><br>JURY DEMAND |

## NOTICE OF BANKRUPTCY STAY

**PLEASE TAKE NOTICE** that on June 26, 2007, a involuntary bankruptcy petition was filed against defendant, Dana Capital Group, Inc., for relief under Chapter 7 of Title 11 of the United States Code in the Central District of California, Santa Ana Division, thereby staying all judicial proceedings against said defendant pursuant to 11 U.S.C. Section 362(a). A copy of the Notice of Bankruptcy is attached hereto as **Exhibit "A"**.

SHULMAN HODGES & BASTIAN LLP

Dated: February __, 2008

_____
Mark Bradshaw - Bar No. 192540
**SHULMAN HODGES & BASTIAN LLP**
26632 Towne Centre Drive, Suite 300
Foothill Ranch, California 92610-2808
Telephone: (949) 340-3400
Facsimile: (949) 340-3000
Email: MBradshaw@shbllp.com

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the City of Foothill Ranch, County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is 26632 Towne Centre Drive, Suite 300, Foothill Ranch, California 92610.

On February 15, 2008, I served the documents named below on the parties in this Action as follows:

DOCUMENT(S) SERVED:  **NOTICE OF BANKRUPTCY STAY**

SERVED UPON:  Robert E. Kirby, Jr.
The Kirby Law Firm
4000 Eagle Point Corporate Drive
Birmingham, AL 35242

[ X ]   **(BY MAIL)** I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Foothill Ranch, California. I am readily familiar with the practice of Shulman Hodges & Bastian LLP for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after deposit for mailing in affidavit.

[ ]   **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[ x ]   **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made. I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 15, 2008, at Foothill Ranch, California.

Steven P. Swartzell

FORM B9B (Chapter 7 Corporation/Partnership No Asset Case) (10/05)

| UNITED STATES BANKRUPTCY COURT | Central District Of California |
|---|---|

### Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A Chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on June 26, 2007.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at **U. S. Bankruptcy Court, 411 West Fourth Street, Suite 2030, Santa Ana, CA 92701-4593**

NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

| Debtor(s) (name(s) and address):<br>Dana Capital Group Inc<br>8001 Irvine Center Dr #1200<br>Irvine, CA 92618<br><br>Telephone number: | Case Number:<br>8:07-bk-11905-RK |
|---|---|
| All Other Names used by the Debtor(s) in the last 8 years, (include married, maiden, and trade names):<br>Debtor:<br>Joint Debtor: | Last four digits of Soc. Sec. No. / Complete EIN or other Taxpayer I.D. No.:<br>Dbt EIN/Tax I.D.: 33-0654449 |
| Attorney for Debtor(s) (name and address):<br>Leonard M Shulman<br>Shulman Hodges & Bastian LLP<br>26632 Towne Ctr Dr Ste 300<br>Foothill Ranch, CA 92610<br>Telephone number: 949-340-3400 | Bankruptcy Trustee (name and address):<br>James J Joseph<br>Danning, Gill, Diamond & Kollitz<br>2029 Century Park East, 3rd Floor<br>Los Angeles, CA 90067-2904<br>Telephone number: (310) 201-2404 |

### Meeting of Creditors:

Date: **December 26, 2007**    Time: **11:00 AM**
Location: **411 W Fourth St., Room 3-110, Santa Ana, CA 92701**

### Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Foreign Creditors

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| Address of the Bankruptcy Clerk's Office:<br>411 West Fourth Street, Suite 2030,<br>Santa Ana, CA 92701-4593<br>Telephone number: 714-338-5300 | For the Court:<br>Clerk of the Bankruptcy Court:<br>Jon D. Ceretto |
|---|---|
| Hours Open: 9:00 AM - 4:00 PM | Date: November 6, 2007 |
| (Form rev. 10/05:341-B9B) | 14/COR |

EXHIBIT A PAGE 2

## EXPLANATIONS                                           FORM B9B (10/05)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. *The trustee is designated to preside at the meeting of creditors. The case is covered by the Chapter 7 blanket bond on file with the Court.* |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the **U. S. Bankruptcy Court, 411 West Fourth Street, Suite 2030, Santa Ana, CA 92701-4593** You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office at the address listed above. |
| Foreign Creditors | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Failure to File a Statement and/or Schedule(s) | **IF THE DEBTOR HAS NOT FILED A STATEMENT AND/OR SCHEDULE(S) AND/OR OTHER REQUIRED DOCUMENTS,** the debtor must do so, or obtain an extension of time to do so, within 15 days of the petition filing date. Failure to comply with this requirement, or failure to appear at the initial Section 341(a) meeting of creditors and any continuance thereof, may result in dismissal of the case, unless leave of court is first obtained. If the debtor's case has not already been dismissed, AND DEBTOR FAILS TO DO ONE OF THE FOLLOWING WITHIN 45 DAYS AFTER THE PETITION DATE, subject to the provisions of bankruptcy Code section 521(i)(4), the Court WILL dismiss the case effective on the 46th day after the petition date without further notice: (1)file all documents required by Bankruptcy Code section 521(a)(1); or (2) file and serve a motion for an order extending the time to file the documents required by this section. |
| Bankruptcy Fraud and Abuse | Any questions or information relating to bankruptcy fraud or abuse should be addressed to the Fraud Complaint Coordinator, Office of the United States Trustee, 411 West Fourth Street, Suite 9041, Santa Ana, CA 92701. |

## -- Refer to Other Side for Important Deadlines and Notices --



EXHIBIT A PAGE 3