IN THE UNITED STATES DISTRICT COURT FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| JOHN DAVID BRANNON and TERESA GAYLE BRANNON, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 1:06cv996-MHT |
| DANA CAPITAL GROUP, INC., | ) ) | |
| Defendant. | ) | |

### ORDER

Defendant Dana Capital Group, Inc. having made a suggestion of bankruptcy (Doc. No. 54) and counsel for plaintiffs having orally informed the court that plaintiffs do not object to this order, it is the ORDER, JUDGMENT, and DECREE of the court:

(1) That this case is dismissed as to defendant Dana Capital Group, Inc. without prejudice to the right of any party to petition to reinstate this action as to said party to pursue any claim embraced herein not adjudicated in or discharged by proceedings in the bankruptcy court;

    (2) That such reinstatement, if and when allowed, will cause the filing date of any claim so reinstated to relate back to the original filing date of this action against said party; and

    (3) That any petition for reinstatement must be filed by a party within 60 days after the bankruptcy court has taken such action that entitles that party to seek reinstatement.

    The clerk of the court is DIRECTED to mail a copy of this order to the bankruptcy court.

    DONE, this the 7th day of March, 2008.

                                            /s/ Myron H. Thompson
                                       **UNITED STATES DISTRICT JUDGE**