IN THE UNITED STATES FEDERAL DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOHN DAVID BRANNON, *et al.*,   ) | |
| ) | |
| Plaintiffs,   ) | |
| ) | |
| vs.   ) | Case No: 1:06cv996-MHT |
| ) | |
| FINANCE AMERICA, LLC, *et al.*,   ) | |
| ) | |
| Defendants.   ) | |

## ORDER

On March 9, 2008, Plaintiffs moved the Court for an order compelling Defendant Bridge Capital to produce documents and appear for deposition (Doc. #57). Accordingly, it is

ORDERED that on or before March 17, 2008, Defendant Bridge Capital shall cause in writing why the motion should not be granted.

Done this 10th day of March, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE