

**National Registered Agents, Inc.**
*… "NRAI, the best choice for statutory representation"*

RECEIVED
2008 MAR 17 A 8:59
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

March 11, 2008

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, AL  36101

06-996

Re:    RFA, LLC

Dear Clerk:

On February 21, 2008 National Registered Agents, Inc. ("NRAI") as registered agent for RFA, LLC, we received an Opinion and Judgment in the above referenced matter.

As registered agent, we attempted to deliver the documents as served to the last known address of the company. The documents have been returned and marked undeliverable as addressed.  NRAI has made every effort to locate RFA, LLC and has been unable to locate a more current address.  Returned herewith are the documents originally served.

If you should have any questions, please do not hesitate to contact our office.

Very truly yours,

National Registered Agents, Inc.


Leslie Lofton
Service of Process Representative