IN THE UNITED STATES FEDERAL DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JOHN DAVID BRANNON, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No: 1:06cv996-MHT |
| | ) | |
| FINANCE AMERICA, LLC, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER ON MOTION

On March 9, 2008, Plaintiffs moved the Court for an order compelling Defendant

Bridge Capital to produce documents and appear for deposition (Doc. #57).  The

following day, the undersigned ordered Defendant Bridge Capital to shall cause in writing

why the motion should not be granted.  Order of March 10, 2008 (Doc. #58).  Defendant

has failed to file a response to this Court's Order.  Upon consideration of Plaintiff's

Motion, and for good cause, it is

ORDERED that the motion (Doc. #57) is GRANTED.  Defendant shall produce

the documents identified in Plaintiff's Motion (Doc. #57) **on or before March 28, 2008**.

Defendant shall also contact Plaintiff and agree to appear for as well participate in a

deposition **on or before April 9, 2008**.

Done this 19th day of March, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE