# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA SOUTHERN DIVISION

| | |
|---|---|
| JOHN DAVID BRANNON and TERESA GAYLE BRANNON, <br><br>   Plaintiffs, <br><br> v. <br><br> FINANCE AMERICA, LLC; <br> BNC MORTGAGE, INC.; <br> LEHMAN BROTHERS BANK, FSB; <br> LEHMAN BROTHERS HOLDINGS, INC.; <br> DANA CAPITAL GROUP, INC.; <br> BRIDGE CAPITAL CORPORATION; <br> RESIDENTIAL FINANCE AMERICA, <br> LLC a/k/a RFA, LLC; TIEMPO ESCROW II; <br><br>   Defendants. | Case No.: 1:06cv996 MHT |

## MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT BRIDGE CAPITAL COPORATION

**COME NOW** Plaintiffs in the above-styled cause and move this Honorable Court to enter a default judgment against BRIDGE CAPITAL CORPORATION. As grounds for this motion Plaintiffs state as follows:

1. The Defendant has failed and refused to comply with any and all of the instructions set forth in this Court's Order of March 19, 2008.

**WHEREFORE PREMISES CONSIDERED**, Plaintiffs move the Court to enter a default judgment against BRIDGE CAPITAL CORPORATION in favor of Plaintiffs, consistent with that default judgment recently entered against Residential Finance America.

Respectfully Submitted,

*/s/ Robert E. Kirby, Jr.*
ROBERT E. KIRBY, JR. (KIR013)
Attorney for Plaintiffs
THE KIRBY LAW FIRM
4000 Eagle Point Corporate Drive
Birmingham, AL  35242
Telephone:   (205) 254-0975
Fax:             (205) 314-5799
Email:          bkirby@bkirbylaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

*Counsel of Record:*
Mindi C. Robinson, Esq.            mrobinson@slatenlaw.com

**BRIDGE CAPITAL CORPORATION**
c/o CT Corporation System
818 West 7th Street
Los Angeles, CA 90017


*/s/ Robert E. Kirby, Jr.*

2