IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| JOHN DAVID BRANNON and ) | |
| TERESA GAIL BRANNON, ) | |
|   ) | |
|   Plaintiffs, ) | |
|   ) | CIVIL ACTION NO. |
|   v. ) | 1:06cv996-MHT |
|   ) | |
| BRIDGE CAPITAL CORPORATION, ) | |
|   ) | |
|   Defendant. ) | |

## ORDER

Upon consideration of plaintiffs' motion for default judgment (doc. no. 62), it is ORDERED that defendant Bridge Capital Corporation show cause, if any there be, in writing by May 5, 2008, as to why said motion should not be granted.  Defendant Bridge Capital Corporation is informed that if it fails to respond within the time allowed, default judgment will be entered against it as requested.

DONE, this the 21st day of April, 2008.

                 /s/ Myron H. Thompson
                **UNITED STATES DISTRICT JUDGE**