IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JOHN DAVID BRANNON and | ) | |
| TERESA GAYLE BRANNON, | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. |
| | ) | |
| v. | ) | 1:06cv996-MHT-WC |
| | ) | |
| FINANCE AMERICA, LLC; et al., | ) | |
| | ) | (JURY TRIAL DEMANDED) |
| Defendants. | ) | |

## PLAINTIFFS' APPLICATION FOR DAMAGES

**COME NOW** the Plaintiffs and provide this Honorable Court with this, their claim for damages as to **BRIDGE CAPITAL CORPORATION**:

1.      This Court previously entered a Default Judgment and damages award against **RESIDENTIAL FINANCE AMERICA, LLC.**

2.      Plaintiffs subsequently filed a Motion for Default against **BRIDGE CAPITAL CORPORATION.** That motion is pending before the Court.

3.      The uncontested wrongful conduct alleged against **BRIDGE CAPITAL CORPORATION** is identical to the allegations made against **RESIDENTIAL FINANCE AMERICA, LLC.** The undisputed evidence and legal arguments on both liability and damages against the two entities are the same. No new evidence or legal arguments are necessary or proffered in support of Plaintiffs' Application for Damages as to **BRIDGE CAPITAL CORPORATION.**

4.     In support of Plaintiffs' claims for economic, statutory, other compensatory and punitive damages; and, attorney fees and costs; Plaintiffs submitted oral testimony and legal arguments at a February 7, 2008 hearing in support of the following damages:

a.  $6,529.17 – ("Cash Out" shortage plus interest);

b.  $2,459.16 – ("Junk Fees" plus interest);

c.  $3,157.84  – (Payment differential);

d.  $4,000.00 – (Statutory damages under 15 U.S.C. §1641);

e.  $10,000.00 - (Statutory damages under *15 U.S.C. §1691e(b);*

f.  $1,000.00 - (Statutory damages under *15 U.S.C. §1681);*

g.  $50,000.00 – (Other compensatory damages);

h.  $50,000.00 – (Punitive damages); and,

i.  $10,382.78 – Attorney Fees and Costs

5.     This Court subsequently entered an Order against **RESIDENTIAL FINANCE AMERICA, LLC** consistent with Plaintiffs' Application, evidence and arguments.

6.     Based upon joint and several liability and the uncontested evidence in this case, Plaintiffs move this Honorable Court to amend its previous Order to add **BRIDGE CAPITAL CORPORATION** as a judgment debtor to the Plaintiffs in the same amounts as previously Ordered.  In support of this amendment the undersigned submits his Affidavit at Exhibit 1 attached hereto.

**WHEREFORE PREMISES CONSIDERED,** Plaintiffs respectfully request that this Court amend its earlier Order against Residential Finance America, LLC to add Bridge Capital Corporation.  Further, upon entry of the requested order, Plaintiffs inform the Court that this case is due to be closed in its entirety.

Respectfully Submitted,

**/s/ Robert E. Kirby, Jr.**
ROBERT E. KIRBY, JR. (KIR013)
Attorney for Plaintiffs
THE KIRBY LAW FIRM
4000 Eagle Point Corporate Drive
Birmingham, AL  35242
Telephone:   (205) 254-0975
Fax:              (205) 314-5799
Email:          bkirby@bkirbylaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**BRIDGE CAPITAL CORPORATION**
c/o CT Corporation System
818 West 7th Street
Los Angeles, CA 90017


I hereby certify that on May 16, 2008 I also served a paper copy of the foregoing upon the following Defendant which is listed on the CM/ECF system but is purportedly unrepresented by counsel; by placing same in the U.S. mail:


**BRIDGE CAPITAL CORPORATION**
c/o CT Corporation System
818 West 7th Street
Los Angeles, CA 90017


**/s/ Robert E. Kirby, Jr.**

STATE OF ALABAMA        )
JEFFERSON COUNTY       )

## AFFIDAVIT OF ROBERT E. KIRBY, JR.

Before me, the undersigned authority, a Notary Public in and for said county and state, personally appeared Robert E. Kirby, Jr., who being by me first duly sworn, and who is personally known to me, deposes and says that the facts set out below are true and correct to the best of his knowledge:

1.      My name is Robert E. Kirby, Jr. I am and have been a licensed attorney in the State of Alabama since 1988. I represent Plaintiffs David and Teresa Gayle Brannon in the action styled *JOHN DAVID BRANNON and TERESA GAYLE BRANNON vs. BRIDGE CAPITAL CORPORATION, ET AL.; 1:06cv996 MHT.* I have personal knowledge of the matters contained herein.

2.      Since 1994, I estimate that I have represented more than one thousand plaintiffs in consumer finance cases. Since 2000, I estimate that I have represented 400 to 500 plaintiffs in residential mortgage finance cases in several states and in various small claims, circuit and U.S. District Courts. I have reviewed and evaluated approximately three thousand sets of mortgage loan closing documents. Based upon my experience in prosecuting mortgage cases, the various documents the Brannon's received during the origination, processing, underwriting and closing of their loan provide substantial evidence that Bridge Capital Corporation and Residential Finance America, LLC acted jointly, simultaneously, as one and/or in concert as it relates to the uncontested allegations of wrongful conduct within Plaintiffs' complaint.

3.      On or about January 23, 2008, Plaintiffs' filed their Application for Damages in support of their Motion for Default as to Residential Finance America, LLC. On or about February 7, 2008, a hearing was conducted by the Honorable Myron Thompson on Plaintiffs' Application. Plaintiffs' David and Gayle Brannon both provided oral testimony regarding their damages. I presented oral arguments on the law of the case as it relates to Plaintiffs' damages.

4.      Although properly and repeatedly noticed at various stages of this case to do so, Bridge Capital failed and refused to participate and defend against Plaintiffs' claims through responsive pleadings or discovery. As a result, I am unable to argue to this Honorable Court that the culpability of Bridge Capital is greater than or less than that of Residential Finance America,



EXHIBIT
1.

AFFIDAVIT OF ROBERT E. KIRBY, JR.
PAGE 2 OF 2
May 16, 2008

LLC. Based upon the arguments I have previously made in this case, including those arguments found in Plaintiffs' Opposition to Bridge Capital's 12(b) Motion to Dismiss, I can argue in Good Faith that the wrongful conduct of Bridge Capital and Residential Finance America, LLC combined and concurred; and, is so inseparable given the evidence in this case; that the damages awarded Plaintiffs against Residential Finance America, LLC and the previous testimony and arguments in support thereof, are and would be identical to those proffered against Bridge Capital.

5.     In my opinion justice and judicial economy would be achieved by an Order of this Court adopting the previous evidence and arguments and amending that Order on motion for default by Plaintiffs against Residential Finance America to include Bridge Capital Corporation.

I have read the foregoing and it is true to then best of my knowledge.

ROBERT E. KIRBY, JR.

Sworn to and subscribed before me on this _16th_ day of _May_____, 2008.

NOTARY PUBLIC
My Commission Expires: _6/19/2011_

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: June 19, 2011
BONDED THRU NOTARY PUBLIC UNDERWRITERS

2